| | |
|---|---|
| Kellie Lerner<br>**ROBINS KAPLAN LLP**<br>1325 Avenue of the Americas, Suite 2601<br>New York, NY 10019<br>Telephone: (212) 980-7400<br>klerner@robinskaplan.com | Kimberly A. Justice<br>**FREED KANNER LONDON & MILLEN LLC**<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Tel: (610) 234-6487<br>kjustice@fklmlaw.com |
| *Attorney for Plaintiff Mirlinda Elmazi* | *Attorney for Plaintiff Yvonne Peychal* |

[Additional Attorneys Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mirlinda Elmazi, on behalf of herself and all others similarly situated,<br>　　　　　　　　　　　*Plaintiff*,<br>　　　　v.<br>DSM-FIRMENICH AG, FIRMENICH INTERNATIONAL SA, FIRMENICH INC., AGILEX FLAVORS & FRAGRANCES, INC., GIVAUDAN SA, GIVAUDAN FRAGRANCES CORP., GIVAUDAN FLAVORS CORP., UNGERER & COMPANY, INC., CUSTOM ESSENCE INC., INTERNATIONAL FLAVORS & FRAGRANCES INC., SYMRISE AG, SYMRISE INC., AND SYMRISE US LLC,<br>　　　　　　　　　　　*Defendants*. | CIVIL ACTION NO: 23-CV-16127<br><br>**PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CASES PURSUANT TO FED.R.CIV.P. 42(A) AND APPOINT INTERIM CO-LEAD COUNSEL PURSUANT TO FED.R.CIV.P. 23(G)**<br><br>Date:<br>Time:<br>Place:<br>Judge: |
| Yvonne Peychal, on behalf of herself and all others similarly situated,<br>　　　　　　　　　　　*Plaintiff*,<br>　　　　v.<br>DSM-FIRMENICH AG, FIRMENICH INTERNATIONAL SA, FIRMENICH INC., AGILEX FLAVORS & FRAGRANCES, INC., GIVAUDAN SA, GIVAUDAN FRAGRANCES CORP., GIVAUDAN FLAVORS CORP., UNGERER & COMPANY, INC., CUSTOM ESSENCE INC., INTERNATIONAL FLAVORS & FRAGRANCES INC., SYMRISE AG, SYMRISE INC., AND SYMRISE US LLC,<br>　　　　　　　　　　　*Defendants*. | CIVIL ACTION NO: 23-CV-16242<br><br>Related Action |

1

**PLEASE TAKE NOTICE** that on October 7, 2023 at 9:00 a.m., or as soon thereafter as counsel may be heard, End-User Plaintiffs Mirlinda Elmazi and Yvonne Peychal, individually and on behalf of all others similarly situated, will move at the United State District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an order consolidating related cases pursuant to Fed. R. Civ. P. 42(a) and appointing Interim Co-Lead Counsel and Liaison Counsel pursuant to Fed. R. Civ. P. 23(g) and granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, End-User Purchaser Plaintiffs Mirlinda Elmazi and Yvonne Peychal will rely on the accompanying Briefs and Declarations of Kellie Lerner. A proposed form of Order is also submitted herewith.

Dated: September 6, 2023

By: /s/ Kellie C. Lerner
Kellie C. Lerner
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas
NewYork, NY 10019
Telephone: (212) 980-7400
klerner@robinskaplan.com

William V. Reiss (filing *pro hac* shortly)
Benjamin D. Steinberg (filing *pro hac* shortly)
Ellen G. Jalkut (filing *pro hac* shortly)
Jordan B. Finkel (filing *pro hac* shortly)
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas
New York, NY 10019
Telephone: (212) 980-7422
wriess@robinskaplan.com
bsteinberg@robinskaplan.com
ejalkut@robinskaplan.com
jfinkel@robinskaplan.com

By: /s/ Kimberly A . Justice
Kimberly A. Justice
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 234-6487
Fax: (233) 632-4521
kjustice@fklmlaw.com

By: /s/ Michael D. Fitzgerald
Michael D. Fitzgerald
**LAW OFFICES OF MICHAEL D. FITZGERALD**
1 Industrial Way West, Unit B
Eatontown, NJ 07724
P.O. Box 1067
Oakhurst, NJ 07755
(202) 349-1482
mdfitz@briellelaw.com