## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIRLINDA ELMAZI, on behalf of herself and all others similarly situated,<br><br>                               *Plaintiff*,<br>      v.<br><br>DSM-FIRMENICH AG, FIRMENICH INTERNATIONAL SA, FIRMENICH INC., AGILEX FLAVORS & FRAGRANCES, INC., GIVAUDAN SA, GIVAUDAN FRAGRANCES CORP., GIVAUDAN FLAVORS CORP., UNGERER & COMPANY, INC., CUSTOM ESSENCE INC., INTERNATIONAL FLAVORS & FRAGRANCES INC., SYMRISE AG, SYMRISE INC., AND SYMRISE US LLC,<br><br>                               *Defendants*. | CIVIL ACTION NO: 23-CV-16127<br><br>**DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CASES PURSUANT TO FED.R.CIV.P. 42(A) AND APPOINT INTERIM CO-LEAD COUNSEL PURSUANT TO FED.R.CIV.P. 23(G)** |
| YVONNE PEYCHAL, on behalf of herself and all others similarly situated,<br><br>                               *Plaintiff*,<br>      v.<br><br>DSM-FIRMENICH AG, FIRMENICH INTERNATIONAL SA, FIRMENICH INC., AGILEX FLAVORS & FRAGRANCES, INC., GIVAUDAN SA, GIVAUDAN FRAGRANCES CORP., GIVAUDAN FLAVORS CORP., UNGERER & COMPANY, INC., CUSTOM ESSENCE INC., INTERNATIONAL FLAVORS & FRAGRANCES INC., SYMRISE AG, SYMRISE INC., AND SYMRISE US LLC,<br><br>                               *Defendants*. | CIVIL ACTION NO: 23-CV-16242<br><br>Related Action |

## **DECLARATION OF KELLIE LERNER**

      KELLIE LERNER, ESQ., of full age, hereby declares under penalty of perjury as follows:

1

1. I am an attorney licensed to practice in New Jersey and am a partner at Robins Kaplan LLP, counsel for Plaintiff Mirlinda Elmazi, in the above matter. I make this declaration in support of Plaintiffs' Motion to Consolidate Related Cases Pursuant to Fed.R.Civ.P. 42(a) and Appoint Interim Co-Lead Counsel Pursuant to Fed.R.Civ.P. 23(g).

2. Attached as Exhibit 1 of this Declaration is the Firm Resume of Robins Kaplan LLP.

3. Attached as Exhibit 2 to this Declaration is the Firm Resume of Freed Kanner LLC.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: September 6, 2023                    /s/ Kellie Lerner
                                            Kellie Lerner