# EXHIBIT 1



# ANTITRUST AND TRADE REGULATION GROUP RESUME

BISMARCK
BOSTON
LOS ANGELES
MINNEAPOLIS
NEW YORK
SILICON VALLEY
SIOUX FALLS

ROBINS KAPLAN LLP

ROBINSKAPLAN.COM

# TABLE OF CONTENTS

| | |
|---|---|
| WHO WE ARE: ROBINS KAPLAN | **1** |
| DIVERSITY, EQUITY & INCLUSION | **2** |
| LANDMARK TRIAL VICTORIES | **3** |
| TRIAL EXPERIENCE RECOGNITION | **4** |
| ANTITRUST AND TRADE REGULATION GROUP | **5** |
| ANTITRUST LITIGATION SUCCESS | **6** |
| COURT-APPOINTED LEADERSHIP IN ANTITRUST CASES | **8** |
| ANTITRUST RECOGNITION | **10** |



**ROBINS ◆ KAPLAN** LLP

# WHO WE ARE: ROBINS KAPLAN

A national firm dedicated to trial work.

ROBINS KAPLAN IS AMONG THE NATION'S PREMIER
TRIAL LAW FIRMS, WITH 210 ATTORNEYS ACROSS
SEVEN U.S. CITIES.

With one of the nation's top-ranked antitrust practices, we are
one of few national firms to have obtained landmark successes
on behalf of both plaintiffs and defendants in major antitrust
litigation and at trial, including in several of the most significant
antitrust cases ever litigated.

Recently named one of the "most feared law firms in litigation"
by BTI, we have we have secured nearly $10 billion in recoveries
for antitrust plaintiffs in the past several years, recovering more
than $2 billion for clients through jury verdicts alone.

Our lawyers secured the first settlement between a state and
Big Tobacco using an antitrust theory, and we have forced
critical structural reforms in many other industries. Our broad
range of experience is reflected in the diverse backgrounds of
our legal professionals.

Our persistent trial focus and readiness drives our success in
and out of the courtroom.

ROBINS KAPLAN LLP

© 2023 ROBINS KAPLAN LLP  |  1



# DEI | DIVERSITY EQUITY & INCLUSION

**ROBINS KAPLAN LLP**

## OUR COMMITMENT

At Robins Kaplan LLP, our commitment to diversity has been constantly renewed and revitalized since the founding of our firm in 1938. We recognize that the professionals we employ are our primary assets. Without skilled human resources, the legal advice and courtroom advocacy we provide to our clients is diminished. We are committed to advancing diversity by ensuring that fairness, respect and professional opportunity for everyone are integral to all of our recruiting, retention and promotion efforts. We believe that the diverse background of our people brings necessary and varied perspectives that enrich our practice of law. Those perspectives make us more than a diverse law firm; they make us a smart one.

**50%**
ATTORNEYS PROMOTED TO PARTNER IN 2023 ARE FROM HISTORICALLY UNDERREPRESENTED GROUPS

**2022**
NAMED A BEST PLACE TO WORK FOR LGBTQ EQUALITY BY HUMAN RIGHTS CAMPAIGN FOR 13TH CONSECUTIVE YEAR

### PROGRAMS
Quarterly Diversity Events
Disability Justice Seminars
Heritage Month Celebrations

### NETWORKING
Attorneys of Color Annual Conference
Pride Month Celebrations
External Community Partnerships
Women of Robins Kaplan Quarterly Events

### DEVELOPMENT
LCLD Fellows
LCLD Pathfinders
Future Leaders Program
Business Development





RESOURCE GROUPS

- Black Firm Members Resource Group
- Women of Robins Kaplan Resource Group
- LGBTQ Resource Group
- Attorneys of Color Resource Group

## RECOGNITIONS



DIVERSITY & FLEXIBILITY ALLIANCE "TIPPING THE SCALES" 2021 RECOGNITION



WANTON INJUSTICE LEGAL DETAIL FOUNDERS CIRCLE



2022 MANSFIELD RULE CERTIFIED PLUS 5.0



LCLD 2020 TOP PERFORMER



LEADERSHIP COUNCIL ON LEGAL DIVERSITY MEMBER



DIVERSITY AND FLEXIBILITY ALLIANCE 2021 LEADER

2023 STATE BAR SILVER DEI LEADERSHIP SEAL



2022 BEST PLACES TO WORK FOR LGBTQ EQUALITY



MINNESOTA WOMEN LAWYERS 2023 PLATINUM PARTNER



CALIBRATE ID MEMBER ADDRESSING INCLUSION/DIVERSITY AMONG LAW FIRM BUSINESS SERVICE PROFESSIONALS

# LANDMARK TRIAL VICTORIES

Our trial lawyers have secured billions of dollars in damages in jury and arbitration awards against opponents from Apple to Disney to Starbucks.

## $6.8 BILLION

Settlement with Big Tobacco after a historic 15-week trial. With the result, Robins Kaplan became "the vanguard firm in the first successful battle with Big Tobacco" for states and health insurers (*Law360*). Domino-like settlements with 45 states followed.

*State of Minnesota and Blue Cross & Blue Shield of Minnesota v. Philip Morris Inc., et al.* (D. Minn.)

## $2.7 BILLION

Arbitration award for a Kraft Foods spinoff in breach of contract action against Starbucks, which had terminated Kraft's exclusive rights to sell Starbucks coffee in grocery and retail stores.

*Kraft Foods Global, Inc. v. Starbucks Corporation* (S.D.N.Y.)

## $563 MILLION

Jury verdict against BMO Harris Bank in Petters fraud litigation related to one of the biggest Ponzi schemes in U.S. history. Represents the largest ever jury award in a Minnesota civil case.

*Kelley v. BMO Harris Bank*, No. 0:19-cv-01756-WMW (D. Minn.)

## $520 MILLION

Jury verdict against Microsoft for infringing a patent for web browser technology. The Federal Circuit affirmed the award, which increased to $565 million with pre-judgment interest. The case settled days before a second trial on invalidity.

*Eolas Technologies, Inc., et al. v. Microsoft Corp.* (N.D. Ill.)

## $320 MILLION

Federal jury verdict, plus prejudgment interest, against the creators of "Who Wants to Be a Millionaire?" in a dispute over the show's profits.

*Celador International, Ltd. v. American Broadcasting Cos., Inc., et al.* (C.D. Cal.), aff'd (9th Cir.)

# RECENT TRIAL EXPERIENCE RECOGNITION

| | | |
|---|---|---|
| THE NATIONAL LAW JOURNAL | "Elite Trial Lawyers List" | "Plaintiffs' Hot List" |
| THE AMERICAN LAWYER | "A-List" | |
| BTI CONSULTING GROUP | "Most Feared Law Firms in Litigation" "Honor Roll: Most Feared Law Firms" | "Client Service A-Team" "Litigation Outlook: Awesome Opponent" |
| BENCHMARK LITIGATION | "Top 10 Plaintiffs Firm" | |
| ALM An Integrated Media Company | "Go-To Law Firms at the Top 500 Companies" | |

# ANTITRUST AND TRADE REGULATION GROUP

We are a team of approximately 30 attorneys and financial and economic experts pursuing industry-disrupting antitrust litigation. Most of the attorneys in our group have earned individual recognition for excellence in antitrust work. Recent highlights include:



### KELLIE LERNER

AAI and COSAL Hollis Salzman Memorial Leadership Award Recipient (2022) | *Chambers USA*—Antitrust: Mainly Plaintiff, New York—Band 1 (2018-2022) | *Benchmark Litigation*: Litigation Star (2022-2023 Editions) | *The Legal 500*: Leading Lawyer (2021-2022) and Recommended (2013-2020) for Antitrust Class Actions: Plaintiff | *Crain's New York Business*: Notable Diverse Leader in Law (2022) and Notable Woman in Law (2020-2021) | *Lawdragon*: 500 Leading Litigators in America (2022) | *Global Competition Review*: Women in Antitrust (2021) | *Super Lawyers*: New York Metro Super Lawyer (2018-2021)



### MEEGAN F. HOLLYWOOD

*Chambers USA*—Antitrust: Mainly Plaintiff, New York—Up and Coming Attorney (2022) | *Benchmark Litigation*: Future Star (2022-2023) | *Crain's New York Business*: Notable Diverse Leader in Law (2022) and Notable Woman in Law (2021) | *Bloomberg Law*: They've Got Next: The 40 Under 40 (2022) | *New York Law Journal*: Rising Star (2021) | *The National Law Journal*: Rising Star of the Plaintiffs Bar (2021) | *Global Competition Review*: 40 Under 40 List (2020)



### WILLIAM REISS

*Chambers USA*—Antitrust: Mainly Plaintiff, New York—Band 2 (2021-2022) and Up and Coming Attorney (2020) | *Lawdragon*: 500 Leading Litigators in America (2022) | *American Antitrust Institute*: Outstanding Antitrust Litigation Achievement in Private Practice Award (2019) | *Concurrences Antitrust Writing Awards:* Readers' Choice Award, Best Business Article Category (2021) | *The National Law Journal*: Antitrust and M&A Trailblazer (2018)



### BEN STEINBERG

*The National Law Journal*: Rising Star of the Plaintiffs Bar (2022) | *American Antitrust Institute*: Outstanding Antitrust Litigation Achievement by a Young Lawyer Award (2020) | *Super Lawyers*: New York Metro Rising Star (2020-2021)

**OUR TEAM INCLUDES:**

» Two former U.S. Attorneys

» Former special counsel for the DOJ Antitrust Division

» Former Dean and current President of the International Academy of Trial Lawyers

# ANTITRUST LITIGATION SUCCESS

Robins Kaplan has a well-established history of successfully leading major antitrust actions.

## FOR PLAINTIFFS

### Payment Card Interchange Fee and Merchant Discount Antitrust Litigation

**$5.6 BILLION**

For a class of 10 million merchants, Robins Kaplan pursued an innovative theory that Visa's and Mastercard's interchange fee structure and rules are anticompetitive. The $5.6 billion settlement, which was granted final approval, is the largest known settlement of a private antitrust action in the 130-year history of the Sherman Act.

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation* (E.D.N.Y.)

### Air Cargo Shipping Services Antitrust Litigation

**$1.2 BILLION**

In a class action against providers of air cargo services, Robins Kaplan collected evidence around the world and compelled deposition testimony through The Hague. The final two of 28 settlements came on the eve of trial.

*In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y.)

### Automotive Parts Antitrust Litigation

**MORE THAN $1.2 BILLION**

In an unprecedented MDL stemming from the largest criminal antitrust investigation in U.S. history, Robins Kaplan recovered more than $1.2 billion in settlements for purchasers of price-fixed auto parts. The cumulative figure is the largest indirect purchaser recovery in U.S. history.

*In re Automotive Parts Antitrust Litigation* (E.D. Mich.)

### Antitrust Class Action Against Major Private Equity Firms

**$600 MILLION**

Robins Kaplan identified private equity firms' alleged conspiracy to suppress acquisition prices for target companies in leveraged buyouts and recovered nearly $600 million in settlements.

*Kirk Dahl, et al. v. Bain Capital Partners, LLC, et al.* (D. Mass.)

### Cathode Ray Tube Antitrust Litigation

**MORE THAN $400 MILLION**

Robins Kaplan secured settlements in excess of $400 million on behalf of Best Buy in a direct action arising from allegations of a price-fixing conspiracy between the leading makers of cathode ray tubes, which were once integral components of televisions and computer monitors.

*In re Cathode Ray Tube Antitrust Litigation* (N.D. Cal.)

### Contact Lens Antitrust Litigation

**$118 MILLION**

As court-appointed co-lead counsel, Robins Kaplan reached settlements in excess of $118 million on behalf of U.S. contact lens purchasers, resolving an expansive antitrust class action against the four dominant manufacturers and the largest nationwide distributor of contact lenses.

*In re Disposable Contact Lens Antitrust Litigation* (M.D. Fla.)

# ANTITRUST LITIGATION SUCCESS CONTINUED

## FOR DEFENDANTS

### Farmed Salmon Antitrust Litigation

Reached a global, cost-of-defense settlement in September of 2022 on behalf of a Norwegian salmon sales and distribution company, resolving a series of putative nationwide class actions that alleged a global price-fixing conspiracy among sellers of Norwegian farmed Atlantic salmon.

*In re Farmed Salmon Antitrust Litigation* (S.D. Fla.)

### Wholesale Grocery Products Antitrust Litigation

Robins Kaplan LLP served as lead counsel representing grocery wholesaler Supervalu Inc. in consolidated federal antitrust actions on behalf of putative multi-state class of grocery retailers challenging 2003 asset exchange transaction, and in a related Federal Trade Commission investigation regarding the asset exchange transaction. Robins Kaplan persuaded the FTC to close its investigation without action, and it obtained a ruling excluding plaintiff's economics expert and granting summary judgment and an Eighth Circuit affirmance of judgment in Supervalu's favor in December 2019.

*In re Wholesale Grocery Products Antitrust Litigation* (D. Minn.)

### Digital Sun v. The Toro Co.

Robins Kaplan secured Rule 12 dismissal of a complaint against The Toro Company by a manufacturer of smart-sprinkler technology, in a case at the intersection between antitrust and patent law.

*Digital Sun v. The Toro Company* (N.D. Cal.)

### Insulate SB, Inc. v. Advanced Finishing Systems, Inc.

Robins Kaplan obtained a Rule 12(b)(6)/*Twombly* dismissal of a putative nationwide antitrust class action against Graco Inc. and its distributors of spray foam insulation equipment, which had been brought after a Federal Trade Commission decree related to Graco's spray foam business acquisitions. Robins Kaplan represented Graco on appeal, and it obtained an affirmance by the Eighth Circuit.

*Insulate SB, Inc. v. Advanced Finishing Products & Equipment, et al.* (D. Minn.)

### In re Union Oil Company of California

In another case at the intersection between antitrust and patent law, Robins Kaplan defended Section 5 antitrust allegations by the Federal Trade Commission against UNOCAL based on standard-setting theory for reformulated gasoline patents.

*In re Union Oil Company of California* (Federal Trade Commission, 2004)

### Omnicare, Inc. v. Unitedhealth Group, Inc.

Represented defendants Unitedhealth Group, Inc. and Pacificare, Inc. in an antitrust lawsuit involving alleged price-fixing and fraud related to prescription drug reimbursement under the federal Medicare Part D program. Plaintiff Omnicare sought damages exceeding $1 billion and permanent injunctive relief.  After summary judgment motion was argued in August 2008, the U.S. District Court granted summary judgment to defendants on all claims in January 2009 which the Seventh Circuit affirmed on appeal.

*Omnicare, Inc. v. Unitedhealth Group* (N.D. Ill.)

# COURT-APPOINTED LEADERSHIP IN ANTITRUST CASES

*BCBSM, Inc. v. Vyera Pharmaceuticals, LLC, et al.* (S.D.N.Y.)

*Sterk, et al. v. The Bank of Nova Scotia, et al.* (D.N.J.)

*In re Hard Disk Drive Suspension Assemblies Antitrust Litigation* (N.D. Cal.)

*In re Brand Name Prescription Drug Indirect Purchaser Antitrust Litigation* (multistate)*

*Ace Marine Rigging & Supply, Inc. v. Virginia Harbor Services, et al.* (C.D. Cal.)*

*In re Abbott Labs Norvir Antitrust Litigation* (N.D. Cal.)*

*In re Aftermarket Automotive Lighting Products Antitrust Litigation* (C.D. Cal.)*

*In re Pool Products Distribution Market Antitrust Litigation* (E.D. La.)*

*In re Wells Fargo Collateral Protection Insurance Litigation* (C.D. Cal.)

*Howard Hess Dental Labs, et al. v. Dentsply Int'l, Inc.* (D. Del.)*

*In re Warfarin Sodium Antitrust Litigation* (D. Del.)*

*In re Lorazepam and Clorazepate Antitrust Litigation* (D.D.C.)*

*In re Disposable Contact Lens Antitrust Litigation* (M.D. Fla.)

*In re Florida Cement and Concrete Antitrust Litigation* (S.D. Fla.)*

*In re Marine Hose Antitrust Litigation* (S.D. Fla.)*

*In re Photochromic Lens Antitrust Litigation* (M.D. Fla.)*

*In re Food Service Equipment Hardware Antitrust Litigation* (N.D. Ga.)*

*In re Aftermarket Filters Antitrust Litigation* (N.D. Ill.)*

*Washington County Health Care Authority, Inc. d/b/a Washington County Hospital & Nursing Home, et al. v. Baxter International Inc., et al.* (N.D. Ill.)

*Dahl, et al. v. Bain Capital Partners, LLC, et al.* (D. Mass.)



# COURT-APPOINTED LEADERSHIP IN ANTITRUST CASES CONTINUED



*In re Automotive Parts Antitrust Litigation*
(43 separate actions) (E.D. Mich.)

*In re Vehicle Carrier Services Antitrust Litigation* (D.N.J.)

*Animalfeeds International Corp. v. Stolt-Nielsen SA* (S.D.N.Y.)*

*In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y.)

*In re Buspirone Antitrust Litigation* (S.D.N.Y.)*

*In re Crude Oil Commodity Futures Litigation* (S.D.N.Y.)

*In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*
(S.D.N.Y.)

*In re Maltol Antitrust Litigation* (S.D.N.Y.)*

*In re Natural Gas Commodity Litigation* (S.D.N.Y.)*

*In re Optiver Commodities Litigation* (S.D.N.Y.)

*In re Oxycontin Antitrust Litigation* (S.D.N.Y.)*

*In re Payment Card Interchange Fee and Merchant Discount Antitrust
Litigation* (E.D.N.Y.)

*In re Stock Exchanges Options Trading
Antitrust Litigation* (S.D.N.Y.)*

*In re Foundry Resins Antitrust Litigation* (S.D. Ohio)*

*In re Polyurethane Foam Antitrust Litigation* (N.D. Ohio)

*Vista Healthplan, Inc. v. Sanofi-Aventis C.A.* (S.D. Ohio)*

*In re Flat Glass II Antitrust Litigation* (W.D. Pa.)*

*Anastasio, et al. v. Total Gas & Power North America, Inc.* (S.D.N.Y.)

*In re Merck Mumps Vaccine Antitrust Litigation* (E.D. Pa.)

*In re Puerto Rican Cabotage Antitrust Litigation* (D.P.R.)*

*In re Interior Molded Doors Indirect Purchaser Antitrust Litigation*
(E.D. Va.)

*In re Local TV Advertising Antitrust Litigation* (N.D. Ill.)

*County of Monmouth, New Jersey v. Florida Cancer Specialists,
et al.* (M.D. Fla.)

*Prior to joining Robins Kaplan LLP

# ANTITRUST RECOGNITION

> **I know the plaintiffs' counsel by experience.
> They are all top-end lawyers.**
>
> **– JUDGE BRIAN COGAN**
>
> *In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y., March 24, 2016)

**"I think you hit the nail on the head when you talked about having good lawyers in the case. I think that's the key to getting cases like this resolved. And I do want to thank all the lawyers for what they've had."**

**- Judge Harvey E. Schlesinger**
*In re Disposable Contact Lens Antitrust Litigation* (M.D. Fla., Oct. 12, 2022)

---

**"Each of you have demonstrated extreme competence, respect for the court, and diligence in your work . . . You are certainly amongst the best attorneys with whom I have had the opportunity to work. Let me thank you for your professionalism in this case."**

**– Judge Marianne O. Battani**
*In re Automotive Parts Antitrust Litigation* (E.D. Mich., June 4, 2020)

---

**"[G]reat papers. Great oral argument."**

**– Judge Andrew J. Guilford**
*In re Wells Fargo Collateral Protection Insurance Litigation* (C.D. Cal., June 18, 2018)

---

**"Settlement Class Counsel are highly experienced practitioners in complex litigation generally and antitrust litigation specifically. In addition, Settlement Counsel has been consistently commended in this case, deservedly so."**

**– Judge John Gleeson**
*In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y., Sept. 25, 2009)

# ANTITRUST RECOGNITION
## CONTINUED



TOP RANKED
**Chambers**
USA
2022

"Robins Kaplan has a deep bench of experienced and talented antitrust lawyers."

– Interviewee Comment, *Chambers USA*, 2022

"They are highly qualified to handle complex and sophisticated matters, and are among the leading firms in the US in such matters."

– Interviewee Comment, *Chambers USA*, 2022

The Robins Kaplan National Antitrust Group "has an enviable track record litigating and winning big antitrust cases and securing favorable settlements. Whether it is credit card fees or automobile parts, the results speak for themselves."

- Interviewee Comment, *Chambers USA*, 2021

Attorneys are "well organized, thorough and whip-smart."

- Interviewee Comment, *Chambers USA*, 2021

"They are good at making cost efficiencies and understanding the business aspects."

– Client Comment, *Chambers USA*, 2019

Attorneys were "very responsive" and offered "really good insights into the navigation of the demands and requirements of regulators."

– Client Comment, *Chambers USA*, 2019

"They are simply amazing; they are forward-thinking, creative and very effective. They do a marvelous job."

– Peer Comment, *Chambers USA*, 2018

"I think the team is outstanding: Very smart, effective and great to work with – they are top shelf."

– Peer Comment, *Chambers USA*, 2018

"Receives widespread praise for its capabilities in all types of antitrust matters but has achieved particularly significant success on behalf of plaintiff clients. Demonstrates considerable trial experience and knowledge of government agencies."

– Client Comment, *Chambers USA*, 2015

"

They are easy to get along with, straightforward and get the job done.

**– CLIENT COMMENT,** *Chambers USA*, 2019

"

# ANTITRUST RECOGNITION CONTINUED

## BENCHMARK LITIGATION

**Ranked Tier 1 for Competition/Antitrust Nationwide**

2021-2023 Editions

**Highly Recommended for Dispute Resolution in Minneapolis**

2020-2023 Editions

**Recommended for Dispute Resolution in New York**

2021-2023 Editions

## CHAMBERS USA

**Ranked Band 1 for Antitrust: Plaintiff Nationwide**

2014-2022

**Ranked Band 1 for Antitrust: Mainly Plaintiff in New York**

2014-2022

**Ranked Band 1 for Antitrust in Minnesota**

2014-2022

## GLOBAL COMPETITION REVIEW

**GCR 100: Ranked One of Four Global Elite US Plaintiffs' Firms**

2022-2023 Editions

**GCR 100: Ranked in New York**

2021 Edition

**"Regional Firm of the Year" Shortlist**

2017-2020

**"Litigation of the Year – Cartel Prosecution" Shortlist**

*Automotive Parts*, 2021

## LAW360

**"Most Feared Plaintiffs Firms"**

2014-2015

**"Litigation Powerhouse"**

2016 Inaugural List

**"Competition Practice Group of the Year"**

2014–2015

## THE LEGAL 500

One of the nation's top firms in the area of Antitrust: Civil Litigation/Class Actions: Plaintiffs

2015-2022

## U.S. NEWS & WORLD REPORT: BEST LAWYERS

Ranked Tier 1 for Antitrust Litigation in Minneapolis

2019-2023 Editions

## NATIONAL LAW JOURNAL

Elite Trial Lawyers Award: Plaintiffs Firm of the Year
2023 Inaugural Winner

ROBINS KAPLAN LLP



# KELLIE LERNER

**P A R T N E R**

Co-Chair, Antitrust and Trade Regulation Group;
Pronouns: she/her

NEW YORK

## CONTACT

KLerner@RobinsKaplan.com

## PRACTICES

Antitrust and Trade Regulation │ Class Action Litigation

## EXPERIENCE

Kellie Lerner is nationally recognized for her work over the last two decades representing clients in high-stakes antitrust disputes across the country. Ms. Lerner has successfully led numerous antitrust class actions and currently serves in leadership positions in *BCBSM, Inc. v. Vyera Pharmaceuticals, LLC, et al., In re Merck Mumps Vaccine Antitrust Litig., In re Hard Disk Drive Suspension Assemblies Antitrust Litig., and Sterk, et al. v. The Bank of Nova Scotia, et al.* Ms. Lerner previously represented a publicly traded corporation where she successfully obtained a complete dismissal of a federal and multi-state antitrust class action filed against her client. She has also counseled generic pharmaceutical, alternative energy, and entertainment companies on competition issues. Ms. Lerner is particularly adept at identifying new antitrust actions, initiating the first antitrust class action lawsuits in the country in dozens of actions that have ultimately resulted in billions of dollars in recoveries for victims of anticompetitive conduct.

*Chambers USA* recognizes Ms. Lerner as one of the country's top plaintiff's antitrust attorneys. Ranked Band 1 for the last five consecutive years, Ms. Lerner is described by her peers in Chambers as "an excellent strategist and one of the first colleagues I call to collaborate on a novel issue." Ms. Lerner is a "zealous advocate," and "an amazing attorney who mixes vision and skill with respect and team building. She has been a trendsetter in taking on difficult and innovative cases." Chambers similarly notes that Ms. Lerner has been praised by her peers for her ability to "get large teams of people to work effectively together," and as "a brilliant tactician and a fierce litigator. She does this while maintaining a cordial relationship both with other plaintiffs' counsel and with defense counsel." *The Legal 500 USA* also praised Ms. Lerner for her "superior intellect, determination and political savvy in getting the job done."

Ms. Lerner is a two-time recipient of *Crain's New York Business'* "100 Notable Women in Law" award, has been named to *Global Competition Review's* prestigious "Women in Antitrust list," and is the recipient of the *New York Law Journal's* "Distinguished Leader" and "New York Trailblazer" awards, as well as the *National Law Journal's* "Elite Women of the Plaintiff's Bar" and "Antitrust and M&A Trailblazer" awards. Ms. Lerner was selected by *Benchmark Litigation* as a "Litigation Star" and is the recipient of *Inside Counsel's* "National Women in Law" award. A frequent author and lecturer, Ms. Lerner is a recognized voice on all issues of antitrust law and her opinions have been quoted in *The Washington Post, Bloomberg Businessweek, Yahoo News,* and *CBS MoneyWatch,* among other publications.

Ms. Lerner is a member of the Executive Committee and the Chair of Diversity for the Antitrust Section of the New York State Bar Association, a member of the Advisory Board of the Institute of Consumer Antitrust Studies of the Loyola University Chicago School of Law, Co-Chair of the National Association of Women Lawyers' Litigation Affinity Group, Executive Committee Member and Secretary of The Committee to Support the Antitrust Laws (COSAL), and an Editor of the ABA's *Antitrust* magazine.

Ms. Lerner co-founded Roseann's Gift, an organization named for her late mother and dedicated to raising research funding to cure lung cancer. The organization is funding lung cancer research at Weill Medical College of Cornell University. Ms. Lerner is a member of the Tri-State Area Advisory Board of Jumpstart, which works to provide equal access to literacy education for preschool children in under-resourced communities, and was previously a member of the Board of Directors for the Jewish Community Project Downtown, an organization that was formed in the wake of the September 11th attacks to revitalize the Jewish community in lower Manhattan. She currently provides *pro bono* assistance to KIND (Kids In Need of Defense) and Lambda Legal and has previously provided assistance to the Transgender Legal Defense and Education Fund, AARP and the Lawyers Committee for Civil Rights Under the Law.

© 2023 Robins Kaplan LLP

## SELECTED RESULTS

*BCBSM, Inc. v. Vyera Pharmaceuticals, LLC, et al.:* Interim Lead Counsel for indirect purchasers alleging that Martin Shkreli and his former companies illegally monopolized the market for the life-saving drug Daraprim.

*Anastasio, et al v. Total Gas & Power North America, Inc.:* Involving an alleged unlawful trading scheme to manipulate the index settlement prices of natural gas as well as the prices of physical natural gas and natural gas futures contracts.

*Insulate SB, Inc. v. Advanced Finishing Systems, Inc.,* Lead counsel for fluid-handling equipment manufacturer Graco Inc. in putative nationwide antitrust class action alleging unlawful business acquisitions and boycott, exclusive-dealing, and monopolization conspiracies. We obtained the dismissal of all claims with prejudice, 2014 U.S. Dist. LEXIS 31188 (D. Minn. Mar. 11, 2014), and we represented Graco in the appeal, where the judgment was affirmed. __ F.3d __, 2015 U.S. App. LEXIS 14233 (8th Cir. Aug. 13, 2015).

In *re Merck Mumps Vaccine Antitrust Litigation:* Involving an alleged decade-long scheme to falsify efficacy data and maintain a monopoly in the market for the mumps vaccine.

In *re Flat Glass II Litigation:* Over $22 million settlement on behalf of direct purchasers of construction flat glass. (Prior to joining Robins Kaplan LLP)

In *re Puerto Rican Cabotage Antitrust Litigation:* $52 million settlement for an alleged conspiracy to fix the prices of ocean freight services between the continental United States and Puerto Rico. (Prior to joining Robins Kaplan LLP)

In *re Abbott Labs Norvis Antitrust Litigation:* $10 million settlement stemming from Abbott Laboratories' price increase of Norvir, which provides for a payment to non-profit organizations serving individuals with HIV. (Prior to joining Robins Kaplan LLP)

In *re TriCor Indirect Purchaser Antitrust Litigation:* $65.7 million settlement for claims that the price charged for Tricor was inflated because of anticompetitive conduct, including product hopping in order to unlawfully suppress generic competition. (Prior to joining Robins Kaplan LLP)

## RECOGNITION








>> *Chambers USA* —Antitrust: Mainly Plaintiff, New York—Band 1 (2018-2023)

>> *Euromoney*: Antitrust and Competition Lawyer of the Year (2023)

>> AAI and COSAL Hollis Salzman Memorial Leadership Award (2022)

>> *Lawdragon:* 500 Leading Litigators in America (2022)

>> *Who's Who Legal*: Leading Competition Plaintiff Lawyer (2022)

>> *Crain's New York Business* : Notable Diverse Leader in Law (2022)

>> *Super Lawyers*: New York Metro Super Lawyer (2018-2022)

>> *Benchmark Litigation:* Litigation Star (2022-2023 Editions); Future Star (2016-2021 Editions)

>> *The Legal 500:* Leading Lawyer (2021-2022); Recommended (2013-2020) in the U.S. for Antitrust Class Actions: Plaintiff

>> *Global Competition Review:* Women in Antitrust (2021)

>> *Crain's New York Business* : Notable Woman in Law (2020-2021)

>> *New York Law Journal*: Distinguished Leader (2020)

>> *Who's Who Legal* : Competition (2020)

>> *New York Law Journal:* New York Trailblazer (2019)

© 2023 Robins Kaplan LLP

>> *The National Law Journal*: Elite Woman of the Plaintiff's Bar (2019)

>> *Corporate Counsel/InsideCounsel*: National Women in Law (2018)

>> *Profiles in Diversity Journal*: Diversity Leader (2017)

>> *The National Law Journal*: Antitrust and M&A Trailblazer (2016)

>> *Profiles in Diversity Journal*: Woman Worth Watching (2015)

>> *New York Law Journal*: Rising Star (2013)

>> *Law360*: Competition Rising Star (2012)

## COMMUNITY SERVICE

>> Roseanne's Gift, Co-Founder

>> Jumpstart, Advisory Board

>> KIND (Kids In Need of Defense), Volunteer Lawyer

>> Jewish Community Project, Board Member (2014-2018)

## CREDENTIALS

**Bar Admissions**

>> New York

>> New Jersey

>> U.S. Court of Appeals, Second Circuit

>> U.S. District Court, Southern District of New York

>> U.S. District Court, New Jersey

**Education**

>> Rutgers Law School, Dean's Merit Scholar, J.D. (2003)

>> Rutgers University, B.A., *cum laude*, Phi Beta Kappa (1999)

**Professional Associations**

>> New York State Bar Association, Antitrust Section; Executive Committee Member and Chair of Diversity

>> New York Bar Foundation, Fellow

>> National Association of Women Lawyers, Litigation Affinity Group Co-Chair

>> American Bar Association, Section of Antitrust Law; Editor, *Antitrust* Magazine

>> The Committee to Support the Antitrust Laws, Executive Committee Member and Secretary

>> Institute of Consumer Antitrust Studies of the Loyola University Chicago School of Law, Advisory Board Member

>> New York Women in Antitrust Group, Chair

## MEDIA MENTIONS

>> *Law360,* "The Biggest Antitrust Developments So Far In 2023," (July 25, 2023)

>> *The Deal,* "Biden Enforcers Employ Never-Lose Strategy," (March 30, 2023)

>> *Law360,* "FTC Warns Amazon Over One Medical Buy But Lets Deal Pass," (February 22, 2023)

>> *Law360,* "Antitrust Conduct Issues And Cases To Watch In 2023," (January 2, 2023)

>> *Law360,* "Biggest Developments In Antitrust Conduct Cases In 2022," (December 21, 2022)

>> *Bloomberg Law,* "Meta Buy Challenge From FTC Targets Future Harm to Competition," (July 29, 2022)

>> *Law360,* "Amazon-One Medical Deal: Scrutiny Likely, Lawsuit Not," (July 22, 2022)

≫ *Vox,* "Amazon wants to be your doctor now, too," (July 22, 2022)

≫ *Law360,* "Lina Khan Is Rewriting The FTC's Rulebook," (February 9, 2022)

≫ *The Deal,* "Cargill Ruffles Poultry Consolidation Feathers in Washington," (October 21, 2021)

≫ *Law360, "*Merging Cos. Incorporating FTC's 'At Own Risk' Warnings," (September 14, 2021)

≫ *Augusta Free Press,* "Lambda Legal sues DOC on behalf of incarcerated trans man denied care," (August 26, 2021)

≫ *Metro Weekly,* "Transgender prisoner sues Virginia Department of Corrections over denial of surgery," (August 26, 2021)

≫ *Law360,* "Biden's Antitrust Policies Won't Depart Entirely From Trump's," (August 23, 2021)

≫ *Yahoo! Finance,* "How new antitrust bills may disrupt big tech," (June 14, 2021)

≫ *Global Competition Review,* "First class action filed over Shkreli's price-hike of Daraprim," (March 5, 2021)

≫ *Reuters,* "Shkreli, former company face insurer class action over price hike,"(March 4, 2021)

≫ *Minneapolis Star-Tribune,* "Blue Cross of Minnesota lawsuit takes aim at 'Pharma Bro'," (March 4, 2021)

≫ *New York Law Journal,* " 'Pharma Bro' Martin Shkreli, Vyera Targeted in Private Class Action Stemming From Drug Price Hike," (March 4, 2021)

≫ *Law360,* " 'Pharma Bro' Shkreli Hit With 1st Private Antitrust Suit  ," (March 4, 2021)

≫ *Managed Healthcare Executive,* "Minnesota Blues plan sues Shkreli, others for illegal pricing of Daraprim," (March 4, 2021)

≫ *New York Law Journal,* "Amidst Filing Blitz, MDL Sought in Wells Fargo Actions" (August 10, 2017)

≫ *Law360,* "Total SA Seeks Exit From Traders' Market Manipulation Suit" (September 26, 2016)

≫ *Bloomberg BNA,* "Total Faces $213.6 Million Penalty in U.S. Gas Rigging Case" (April 29, 2016)

≫ *Global Competition Review,* "Louisiana Representative proposes Illinois Brick repealer" (March 15, 2016)

≫ *Law360,* "Competition Cases to Watch in 2016," (December 24, 2015)

≫ *Inside Health Policy,* "'Shared' REMS Policy Continues To Draw Brand, Generic Makers' Concerns" (July 16, 2015)

≫ *Law 360* "Contact Lens Cos. Face Collusion Suit From Indirect Buyers" (March 9, 2015)

≫ *Inside Counsel,* "Another Lawsuit Filed in Response to Alleged Contact Lens Price Conspiracy" (March 12, 2015)

≫ *Law360,* "Competition Legislation and Regulation to Watch in 2015" (January 2, 2015)

≫ *The Wall Street Journal,* "Did Merck Unfairly Monopolize the Market for a Mumps Vaccine?" (September 10, 2014)

≫ *Reuters Legal,* "Merck Must Face Antitrust Suits Over Mumps Vaccine" (September 9, 2014)

≫ *FiercePharma,* "Judge: Merck Must Fight Claims That it Lied About Mumps Vaccine Benefits" (September 9, 2014)

≫ *FierceVaccines,* "Lawsuits Claiming Merck Lied About Mumps Vaccine Efficacy Headed to Trial" (September 9, 2014)

≫ *PharmaManufacturing.com,* "Merck Virologists Claim Merck Lied About Mumps Vax Efficacy, Trial Moves Forward" (September 9, 2014)

≫ *Drug Discovery News,* "Antitrust and Some Other Mumps Claims Against Merck Proceed" (September 8, 2014)

≫ *The Legal Intelligencer,* "Qui Tam, Class Action Cases Against Merck Proceed" (September 8, 2014)

≫ *The Inquisitr,* "Lawsuits Allege Merck Lied About MMR Efficacy, Motions To Dismiss Denied" (September 7, 2014)

≫ *CNN iReport,* "Merck's Motion to Dismiss Denied in Mumps Whistleblower Suits" (September 6, 2014)

≫ *Law360,* "Antitrust, FCA Claims on Merck Mumps Vaccine to Advance" (September 5, 2014)

≫ *Reuters Legal,* "Antitrust litigation seen emerging from forex manipulation probes" (October 31, 2013)

≫ *Reuters Legal,* "Class actions aim to apply antitrust laws to oil pricing" (June 26, 2013)

≫ *Bloomberg,* "Apple's Cue Is Key to Defense of E-Book Price-Fixing Case " (June 13, 2013)

≫ *Law360,* "Robins Kaplan Adds Ace Antitrust Negotiators from Labaton" (January 30, 2013)

≫ *Forbes,* "'All Natural Turkeys.'  One Huge Reason to Buy Them" (November 19, 2012)

≫ *Yahoo News,* "Lawsuits Slams 'Natural' Claims from OJ to Chips" (May 31, 2012)

≫ *PC World Business,* "DOJ's Antitrust Case May Have Huge Implications for Publishing" (April 18, 2012)

≫ *The Washington Post,* "Winners and Losers from DOJ Suit Against Apple, Publishers" (April 11, 2012)

≫ *Business Insider,* "Vita Coco Will Pay $10 Million to Settle Suit Over 'Super Hydrating' Coconut Water  " (February 10, 2012)

≫ *CBS Money Watch,* "Vita Coco Will Pay $10 Million to Settle Suit Over 'Super Hydrating' Coconut Water" (February 10, 2012)

≫ *Associated Press via Yahoo! News,* "Vita Coco Settles Lawsuit on Nutrition Contents" (February 8, 2012)

≫ *Law360,* "Coconut Water Maker Reaches $10M Deal Over Mislabeling" (February 8, 2012)

≫ *Bloomberg Businessweek,* "Vita Coco Settles Lawsuit on Nutrition Contents" (February 8, 2012)

≫ *Law360,* "ATM Users Swipe at Banks, Cards Cos. in Antitrust Suit" (November 19, 2011)

>> *Law360*, "Lensmaker Transitions Can't Shake Antitrust MDL" (November 1, 2011)

>> *BNA Banking Report*, "Suit Charges Price-Fixing on ATM Fees by Visa, Mastercard, and Member Banks" (October 20, 2011)

>> *Law360*, "Labation Sues Auto Parts Cos. on Heels of DOJ Fine" (October 6, 2011)

>> *Law360*, "Oil Traders Face Investor Class Action After CFTC Suit" (May 31, 2011)

>> *Reuters*, "Investor Sues Oil Traders Over Alleged Manipulation" (May 26, 2011)

>> *Law360*, "Rising Star: Labaton Sucharow's Kellie Lerner" (March 14, 2011)

## SPEECHES

>> Investigating A New Antitrust Case
*Panelist, American Antitrust Institute CLE Lunch & Learn Virtual Event (May 17, 2023)*

>> The 50th Anniversary Milton Handler Lecture on Antitrust
*Panelist, The New York City Bar Association, New York, New York (May 25, 2023)*

>> Where the Action is in Class Actions
*American Bar Association 2023 Antitrust Spring Meeting, Washington, DC (March 30, 2023)*

>> Certifiable? Navigating Class Actions Today
*American Bar Association 2022 Antitrust Law Spring Meeting, Washington, DC (April 6, 2022)*

>> 2022 Next Generation of Antitrust, Data Privacy and Data Protection Scholars Conference – Antitrust II
*Moderator, New York University School of Law and the American Bar Association, Antitrust Law Section (January 28, 2022)*

>> Should the Antitrust Laws Be Used to Promote Societal Change? An Exploration of the Intersection Between Antitrust Enforcement and the Promotion of Environment and Societal Welfare
*Moderator, New York State Bar Association Annual Meeting, Webinar (January 24, 2022)*

>> Leading Voices in Private Enforcement: Insights on Bringing and Litigating Successful Antitrust Cases
*Panelist, 14th Annual Private Antitrust Enforcement Virtual Conference (November 12, 2020)*

>> Are You Down with APP (Algorithmic Pricing)
*American Bar Association, Webinar (November 3, 2020)*

>> A Conversation With Women in Government Antitrust Enforcement
*Moderator, New York Women in Antitrust Group Panel, New York, New York (May 28, 2020)*

>> Noerr-Pennington Immunity and "Sham" Petitioning Developments in the Pharmaceutical Industry
*New York State Bar Association, New York, New York (April 9, 2019)*

>> Blunt Instrument or Surgical Blade: Is Section 2 of the Sherman Act the Right Tool to Address Financial Market Manipulation?
*New York State Bar Association, New York, New York (January 17, 2019)*

>> Role of Market Power in the Digital Economy
*New York State Bar Association, New York, New York (January 25, 2018)*

>> Women in Antitrust – The Times They Are A-Changing
*New York State Bar Association – Antitrust Law Section, New York, New York (January 24, 2018)*

>> Class Action Reform Necessary or Nocuous
*American Bar Association, New York, New York (January 17, 2018)*

>> Class Action Settlements for Antitrust Practitioners and In-house Counsel
*Practising Law Institute (PLI), New York, New York (June 21, 2017)*

>> REMS Litigation Key Insights From Government and Private Practitioners
*Panel Moderator, American Bar Association, Webinar (June 16, 2016)*

>> Communicating Without Signaling: Antitrust Compliant Public Communications
*Webinar, American Bar Association, Section of Antitrust Law (May 2, 2016)*

>> Antitrust Legislation in Congress in 2016 A Preview
*American Bar Association, Section of Antitrust, Webinar (February 17, 2016)*

>> Antitrust Criminal Penalty Enhancement and Reform Act
*American Bar Association, Webinar (October 26, 2015)*

>> Objectors: Strategies for Dealing with Professional Objectors
*Panelist, Practising Law Institute, New York, New York (July 10, 2015)*

>> Antitrust Institute 2015
*Practising Law Institute, New York, New York (May 7, 2015)*

>> Antitrust Litigation: What Every Lawyer Needs to Know

*Panel, Massachusetts Bar Association, Boston, Massachusetts (February 19, 2015)*

» Antitrust Basics: An Introduction for New Attorneys
*CLE Program, New York, New York (February 19, 2015)*

» Antitrust Litigation: A Primer for Solo and Small Firm Practitioners
*Massachusetts Bar Association, Boston, Massachusetts (June 18, 2014)*

» A Study of In re Electronic Books Antitrust Litigation from Diverse Perspectives
*Moderator, Antitrust & Trade Regulation Committee of the City Bar of New York, New York (April 2, 2013)*

» Antirust Institute 2012: Developments & Hot Topics
*Panelist, Practicing Law Institute (May 7, 2012)*

» The Doctrinal and Practical Aspects of Rule of Reason, Quick Look, and Truncated Rule of Reason Analysis in Section 1 Cases
*Panelist, American Bar Association – Section of Antitrust Law (February 14, 2012)*

» Litigating Cases Between Class Certification and Trial
*Panelist, Strafford Webinar (January 31, 2012)*

» Class Certification Standards in the Second Circuit
*New York State Bar Association (January 26, 2012)*

» State Consumer Protection Laws: Enforcement and Litigation Trends in New York
*Panelist, American Bar Association – Section of Antitrust Law (November 7, 2011)*

» 14th Annual National Institute on Class Actions
*Panelist, American Bar Association (October 14, 2010)*

» Antitrust Section's Annual Program for Law Students Interested in Antitrust Law
*Commentator, New York State Bar Association (July 7, 2010)*

## EVENTS

| | |
|---|---|
| April 6, 2022 | ABA Antitrust Law<br>Spring Meeting<br>Kellie Lerner - American Bar Association<br>Washington D.C. |
| January 18-28, 2022 | WEBINAR \| New York State Bar Association Annual Meeting 2022<br>New York State Bar Association<br>Remote |
| November 18, 2021 | WEBINAR \| The New York Women in Antitrust Group Spotlight Series<br>Kellie Lerner - How to Have Difficult Conversations<br>Remote |
| October 14, 2021 | WEBINAR \| The New York Women in Antitrust Group Spotlight Series<br>Kellie Lerner - Lessons Learned in Life and Law<br>Remote |
| June 10, 2021 | New York Women in Antitrust Group Spotlight Series<br>Kellie Lerner - Lessons Learned in Life and Law<br>Remote |

## NEWS

» Robins Kaplan Named Plaintiffs Firm of the Year for Antitrust by *The National Law Journal* (July 18, 2023)

» Melissa D'Alelio Named Insurance and Reinsurance 2023 Lawyer Of The Year (June 12, 2023)

» *Chambers USA* Recognizes Five Robins Kaplan Practice Groups and 17 Lawyers in 2023 Guide (June 1, 2023)

## PUBLICATIONS

» *Kellie Lerner, Matthew Geyer - Antitrust, Vol. 34, No. 3, American Bar Association* , "A Perfect Storm: Health Care Consolidation and the Lack of Antitrust Enforcement" (Summer 2020 )

» *Bloomberg Law*, "No-Poachers Find Themselves in Hot Water" (August 29, 2018)

» *Law360*, "Judges Can Demand Diversity In Rule 23(g) Applications" (August 15, 2018)

© 2023 Robins Kaplan LLP

BISMARCK
BOSTON
LOS ANGELES
MINNEAPOLIS
NEW YORK
SILICON VALLEY
SIOUX FALLS

800 553 9910
ROBINSKAPLAN.COM

© 2023 ROBINS KAPLAN LLP

# REWRITING
## THE ODDS

ROBINS KAPLAN LLP