# EXHIBIT 2



**100 TRI-STATE INTERNATIONAL**
**SUITE 128**
**LINCOLNSHIRE, IL  60069**
**TELEPHONE (224) 632-4500**

**923 FAYETTE STREET**
**CONSHOHOCKEN, PA 19428**
**TELEPHONE (610) 234-6770**

**www.fklmlaw.com**



Freed Kanner London & Millen LLC ("FKLM") is one of the nation's premier plaintiffs' class action practices.  The firm's attorneys are among the pioneers and leaders in the class action field, having played leadership roles in major antitrust, consumer fraud, securities, unlawful business practices and insurance fraud cases for decades.

FKLM was founded on January 1, 2007. The founding partners of FKLM, formerly principals and partners of Much Shelist Freed Denenberg Ament & Rubenstein, P.C., have successfully prosecuted class actions for over 50 years, including as lead or co-lead counsel in dozens of cases, resulting in recoveries for class members of billions of dollars.

## *APPOINTMENTS AS LEAD OR CO-LEAD COUNSEL*

➢ ***Murphy, et al. v. Toyota Motor Corporation, et al.,*** **No. 4:21-cv-00178-ALM (E.D. Tex.)**

FKLM partner Kimberly Justice serves as lead counsel in this class action arising from allegations that MY 2013-2018 Toyota RAV4 vehicles contain a significant design defect in the 12-volt battery B+ terminal, which shorts to the battery hold down frame.

➢ ***Northbrook Park District v. Mr. David's Flooring Int'l, LLC et al.,*** **No. 20-cv-07538 (N.D. Ill.)**

FKLM partner Steven Kanner serves as co-lead counsel in this antitrust action arising from an 8-year conspiracy to rig bids to municipal and commercial flooring purchasers in Illinois.

➢ ***Powe v. Dermalogica, LLC*,** **2022-LA-000874 (Circuit Ct. DuPage County, Illinois)**

Freed Kanner Partner Jonathan Jagher has been appointed as Co-Lead Counsel in *Powe v. Dermalogica, LLC*, 2022-LA-000874 (Circuit Ct. DuPage County, Illinois). Dermalogica has agreed to a multi-million-dollar settlement that would resolve a lawsuit that alleges that Dermalogica collected, captured, used, and stored individuals' biometric identifiers and/or biometric information without providing sufficient disclosures required



by the Illinois Biometric Information Privacy Act, and without obtaining the written release required by the statute. The matter awaits final approval from the Court.

➢ *In re Payment Card Interchange Fee and Merchant Discount Litigation*, **MDL 1720 (E.D.N.Y.)**

FKLM is serving as interim co-lead counsel for a proposed class of more than twelve million merchants seeking equitable and injunctive relief. Plaintiffs allege, inter alia, that certain of Visa and MasterCard rules, including anti-steering restraints and default interchange fees, working in tandem have caused artificially inflated interchange fees paid by merchants on credit and debit card transactions from January 1, 2004 through the present.

➢ *In re Opana ER Antitrust Litigation*, **MDL 2580 (N.D. Ill.)**

FKLM served as co-lead counsel on behalf of indirect purchasers (end-payors) of brand or generic Opana ER, an opioid painkiller, in this antitrust "pay-for-delay" case brought under the laws of 30 states.  FKLM obtained $15 million for the class.

➢ *In re Peanut Farmers Antitrust Litigation,* **2:19-cv-00463 (E.D. Va.)**

FKLM partner Kimberly Justice served as co-lead counsel in this antitrust class action arising from peanut shellers' wrongful and anticompetitive actions that had the intended purpose and effect of artificially fixing, depressing, maintaining, and stabilizing the price of runner peanuts paid to peanut farmers in the United States over the past 6 years.  This matter settled for $102.75 million for the class.

➢ *In re Chicago Board Options Exchange Volatility Index Manipulation Antitrust Litigation*, **MDL 2842 (N.D. Ill.)**

FKLM partner Kimberly Justice served as interim co-lead counsel in this multidistrict litigation arising from over a decade of alleged manipulation of financial instruments linked to the Chicago Board Options Exchange's ("CBOE") Volatility Index, the "VIX," and the opaque settlement process the CBOE designed for certain of those instruments.

➢ *The Honest Company Inc., Sodium Lauryl Sulfate (SLS) Marketing & Sales Practices Litigation,* **2:16-ml-02719 (C.D. Cal.)**

FKLM served as co-lead counsel in this class action brought on behalf of consumers allegedly deceived in their purchase of products labeled as "Free of SLS." The settlement in the case ultimately provided class claimants with, in most instances, close to full



reimbursement of the money they spent on the products at issue and the defendant agreed to cease marketing the products as SLS free.

➤ *In re Automotive Parts Antitrust Litigation*, **MDL 2311 (E.D. Mich.)**

FKLM is serving as interim co-lead counsel on behalf of direct purchasers of automotive parts in multiple concurrently active nationwide, antitrust price-fixing cases relating to the following products: wire harnesses; instrument panel clusters; heater control panels; occupant safety parts; fuel senders; bearings; air conditioning systems; windshield wiper systems; starters; windshield washer systems; spark plugs; oxygen and air fuel ratio sensors; fuel injection systems; brake hoses; alternators; ignition coils; power window motors; shock absorbers; and electric power steering assemblies. Settlements with dozens of defendants reached to date total over $550 million.

➤ *Kleen Products, Inc. et al. v. International Paper, et al.*, **10-CV-5711 (N.D. Ill.) ("Containerboard Antitrust Litigation")**

As co-lead counsel for a class of direct purchasers of containerboard and related products in this antitrust price-fixing case, FKLM recovered $376 million dollars through settlement after more than 7 years of heavily contested litigation, including two appeals to the Seventh Circuit Court of Appeals.

➤ *In re Pharmacy Benefit Managers Antitrust Litigation*, **MDL No. 1782 (E.D. Pa.)**

FKLM is serving as co-lead counsel in these consolidated class actions brought on behalf of retail pharmacies against prescription benefit managers for fixing at artificially low levels the prices paid to pharmacies for pharmaceuticals sold, and reimbursement for services rendered, to the members of plans created by the prescription benefit managers. The complaints allege that the prescription benefit managers illegally aggregate the purchases of their members in order to effectuate the underpayment.

➤ *In re Hydrogen Peroxide Antirust Litigation*, **MDL 1682 (E.D. Pa.)**

FKLM attorneys served as co-lead counsel in this antitrust price-fixing action against hydrogen peroxide producers. The case resulted in settlements of over $97 million for the class. In approving the Plaintiffs' motion for an award of attorneys' fees and expenses, Judge Stewart Dalzell lauded co-lead counsel:

> [t]he "skill and efficiency of the attorneys involved" is of a very high order indeed, and as we noted at the fairness hearing yesterday, we have been impressed that these attorneys have prosecuted this matter vigorously against seasoned opponents without needlessly distracting the Court with discovery disputes.



➤ *In re Brand Name Prescription Drugs Antitrust Litigation*, **MDL 997 (N.D. Ill.)**

FKLM attorneys served as co-lead counsel in this antitrust price-fixing class action. Settlements totaling approximately $715 million were recovered on behalf of the plaintiff class.

➤ *In re Clozapine Antitrust Litigation*, **MDL No. 874 (N.D. Ill.)**

FKLM attorneys served as co-lead counsel in this antitrust class action against Caremark and Sandoz Pharmaceuticals alleging that the defendants entered into an illegal agreement to distribute a drug known as Clozaril by tying it to the purchase of a blood testing system, by fixing the price of the packaged sale, and by conspiring to monopolize the relevant market.  More than $20 million was recovered for the class.

➤ *In re High Fructose Corn Syrup Antitrust Litigation*, **MDL 1087 (C.D. Ill.)**

FKLM attorneys served as co-lead counsel in this antitrust price-fixing class action against major manufacturers of high fructose corn syrup.  The case was settled for $531 million for the class.  At the close of the hearing where counsel fees were approved, Judge Michael M. Mihm stated:

> I've said many times during this litigation that you and the attorneys who represent the defendants here are as good as it gets. Very professional. At least in my presence or in my contacts with you, you've always been civil.  You've always been cutting to the chase and not wasting my time or each other's time or adding to the cost of the litigation.

➤ *In re Linerboard Antitrust Litigation*, **MDL 1261 (E.D. Pa.)**

FKLM attorneys served as co-lead counsel in this antitrust price-fixing case, which resulted in settlements of over $200 million for the class.

➤ *SchagrinGas Co. v. BP Products North America, et al.*, **No. 1:06-cv-3621 (N.D. Ill.)**

FKLM served as co-lead counsel on behalf of direct purchaser plaintiffs in this nationwide class action involving monopolization claims under Section 2 of the Sherman Act. The case resulted in a settlement of over $50 million for the class.



➤ *In re Aftermarket Filters Antitrust Litigation*, **MDL 1957 (N.D. Ill.)**

FKLM served as interim co-lead counsel on behalf of direct purchasers of replacement automobile air and oil filters in this nationwide, antitrust price-fixing case. The case resulted in settlements of nearly $18 million for the class.

➤ *In re Flat Glass Antitrust Litigation* **(No. II), MDL 1942 (W.D. Pa.)**

FKLM served as co-lead counsel on behalf of direct purchaser plaintiffs of construction flat glass in this nationwide, antitrust price-fixing case. The case resulted in settlements for the class exceeding $22 million.

➤ *In re Urethane Chemicals Antitrust Litigation*, **MDL 1616 (D. Kan.)**

FKLM attorneys served as co-lead counsel in this antitrust price-fixing action. The case resulted in settlements of $33 million for the class.

➤ *In re Methyl Methacrylate (MMA) Antitrust Litigation*, **MDL 1768 (E.D. Pa.)**

FKLM served as co-lead counsel in this antitrust price-fixing action against producers of methyl methacrylate and polymethyl methacrylate. The case resulted in a settlement of over $15 million for the class.

➤ *In re Infant Formula Antitrust Litigation*, **MDL 878 (N.D. Fla.)**

FKLM attorneys served as co-lead counsel in this antitrust price-fixing class action against the major manufacturers of infant formula. The case settled for over $125 million for the class.

➤ *In re Chubb Drought Insurance Litigation*, **MDL 782 (S.D. Ohio)**

FKLM attorneys served as co-lead counsel in this class action filed on behalf of farmers who purchased drought insurance that Chubb refused to honor. The settlement exceeded $110 million and was achieved in less than 9 months. This sum, together with $8 million recovered at trial against Chubb's general agent, resulted in complete recovery for the affected farmers.

➤ *In re Ocean Shipping Antitrust Litigation*, **MDL 395 (S.D.N.Y.)**

FKLM attorneys served as co-lead counsel in this antitrust price-fixing class action, which resulted in a $79 million recovery for thousands of U.S. and European shippers. Distributions were made to claimants in the United States and throughout a number of European countries.



> ➢ ***In re Isostatic Graphite Antitrust Litigation*, Master File 00-CV-1857 (E.D. Pa.)**

FKLM attorneys served as co-lead counsel in this antitrust price-fixing class action.  The case resulted in combined settlements of over $11 million for the class.

> ➢ ***In re Carbon Dioxide Antitrust Litigation*, MDL 940 (M.D. Fla.)**

FKLM attorneys served as co-lead counsel in this antitrust price-fixing class action in which the plaintiff class recovered $53 million and achieved significant therapeutic relief for the class.

> ➢ ***In re Morrison Knudson Securities Litigation*, CA No. 94-CV-3345 (D. Idaho)**

FKLM attorneys served as co-lead counsel in this securities class action where the plaintiff class received $43 million and approximately 3 million shares of Morrison Knudson common stock in settlement of their claims.

> ➢ ***In re M-L Lee Acquisition Fund Securities Litigation* (D. Del.)**

FKLM attorneys served as co-lead counsel in this securities class action case against a syndicate of partnerships and its general partners, involving Merrill Lynch and its affiliates, and a leveraged buy-out specialty firm overseen by Thomas H. Lee.  The case resulted in a $33 million settlement on behalf of the limited partners.

> ➢ ***In re Public Service Company of New Mexico* (S.D. Cal.)**

FKLM attorneys served as lead counsel in this derivative action and obtained $33 million dollars in a joint settlement with class plaintiffs in a related securities fraud class action. Judge Harry R. McCue, District Court Judge for the Southern District of California stated:
> The petitioners in this case are members of respected law firms which specialize in class action litigation.  These attorneys brought considerable legal talents together, and were able to achieve the successful completion of this litigation.  They are entitled to fair and reasonable compensation.

> ➢ ***Piggly Wiggly Antitrust Litigation* (E.D. Tex.)**

FKLM attorneys served as co-lead counsel in this statewide (Texas) antitrust price-fixing action, which resulted in total settlements of approximately $32 million for class members.

> ➢ ***Koch Gathering Systems, Inc. Oil Spill Litigation* (Dist. Ct. of Nueces County, Tex.)**

FKLM attorneys served as co-lead counsel in this case concerning a marine oil spill in which a class consisting of commercial fisherman and shrimpers recovered over $10



million.

## ***OTHER LEADERSHIP ROLES***

In addition to serving as lead or co-lead counsel, FKLM attorneys regularly play key roles as members of executive or steering committees, negotiating ESI issues, taking and defending depositions, working with expert witnesses, and managing all aspects of pre-trial discovery.

➢ ***In re DPP Beef Antitrust Litigation*, 0:20-CV-01319 (D. Minn.)**

FKLM serves on the Plaintiffs' Steering Committee in this antitrust class action alleging that the country's biggest beef companies have illegally conspired to both raise the price of beef and lower the amount paid to cattle ranchers.

➢ ***In re Local TV Advertising Antitrust Litigation*, MDL No. 2867 (N.D. Ill.)**

FKLM serves court appointed roles both on the Plaintiffs' Steering Committee, and as Liaison Counsel in this multidistrict, antitrust class action accusing the primary industry players of fixing television advertising prices.

➢ ***In re Proctor & Gamble Aerosol Products Marketing and Sales Practice Litigation*, 2:22-MD-3025 (S.D. Ohio)**

Freed Kanner Partner Jonathan Jagher was recently appointed as a Settlement Class Counsel in *In re Proctor & Gamble Aerosol Products Marketing and Sales Practice Litigation*, 2:22-MD-3025 (S.D. Ohio). On October 28, 2022, Judge Watson of the United States District Court for the Southern District of Ohio granted preliminary approval of a multi-million dollar settlement reached between Settlement Class Counsel and Proctor & Gamble related to the alleged contamination of certain Proctor & Gamble aerosol products with benzene, a human carcinogen and the economic damages to the purchasers of these products.

➢ ***In re Toyota Hybrid Brake Litig*., No. 4:20-cv-00127-ALM (E.D. Tex.)**

FKLM partner Kimberly Justice served on the Plaintiffs' Executive Committee in this class action arising from allegations that Toyota manufactured, sold, and leased certain Toyota vehicles with defective braking systems.

➢ ***Cameron et al. v. Apple, Inc.,* 4:19-cv-03074 (N.D. Cal.)**



FKLM served as class counsel and as an Executive Committee Member in this antitrust class action arising from Apple's abusive monopoly in the distribution of iOS apps and related products, seeking to get rid of its pricing mandates, and to reimburse developers for overcharges made through abuse of its monopoly power. The case resulted in a $100 million recovery for the class.

➢ *In Re: TikTok, Inc., Consumer Privacy Litigation*, **MDL No. 2948 (N.D. Ill.):** FKLM served on the Plaintiffs' Steering Committee, a class action related to allegations of data privacy violations involving the popular app and the creation of short form videos on mobile devices, obtaining a settlement of $92 million for the class.

➢ *In re Farm-Raised Salmon and Salmon Products Litigation*, **19-CV-21551 (S.D. Fla.)**

FKLM served as a member of the Direct Purchaser Plaintiffs' Executive Committee in this case alleging various North Atlantic farms engaged in restrictive business practices including illegal price-fixing and violated rules prohibiting cartels. The case resulted in a $85 million recovery for the class.

➢ *In re German Automotive Manufacturers Antitrust Litigation*, **17-md-02796 (N.D. Cal.)**

FKLM partner Kimberly Justice served on the Plaintiffs' Steering Committee in this multi-district class action accusing Audi, BMW, Volkswagen and other German automakers of a decades-long antitrust conspiracy covering car technology, costs, suppliers and emissions equipment.

➢ *Washington County Health Care Auth., Inc., et al. v. Baxter Int'l Inc., et al.*, **16-CV-10324 (N.D. Ill.)**

FKLM served as interim liaison counsel this class action alleging that the major U.S. manufacturers of a critical medical product, intravenous saline solution ("IV Saline Solution"), conspired to restrict output and artificially fix, raise, maintain and/or stabilize the prices of IV Saline Solution sold throughout the United States, under the pretext of a supply shortage.

➢ *Mulhern, et al. v. Pepperidge Farm*, **16-CV-32199 (N.D. Ill.) (consolidated for settlement with** *Raymond Alfred et al. v. Pepperidge Farm*, **2:14-cv-07086 (C.D. Cal))**

FKLM served as interim liaison counsel and managed discovery efforts in this class action alleging that drivers/distributors were improperly classified by Pepperidge Farm as "independent contractors" in order to wrongfully deny them certain compensation and other benefits. A settlement in the case is pending final approval.



➢ *In re Lithium Ion Batteries Antitrust Litigation*, **MDL No. 2420 (N.D. Cal.)**

FKLM served as a member of the Direct Purchaser Plaintiff Direct Purchaser Plaintiffs' Steering Committee in this case on behalf of direct purchasers of Lithium-Ion Battery products in this nationwide price fixing case. More than $138 million was recovered for the class.

➢ *In re Rail Freight Fuel Surcharge Antitrust Litigation*, **MDL 1869 (DC)**

FKLM is serving as co-chair of the Executive Committee in this case on behalf of direct purchasers of rail freight services that paid fuel surcharges in this nationwide, antitrust price-fixing case.

➢ *Standard Iron Works v. ArcelorMittal et al*., **08-CV-5214 (N.D. Ill.)**

FKLM was appointed as liaison counsel on behalf of direct purchasers of steel in this nationwide supply manipulation and price-fixing case.

➢ *In re Blood Reagents Antitrust Litigation*, **MDL 2081 (E.D. Pa.)**

FKLM is serving as a member of the Executive Committee in this nationwide antitrust class action brought on behalf of direct purchasers of blood reagents.

➢ *In re NCAA Student-Athlete Name & Likeness Licensing Litigation,* **4:09-CV-1967 (N.D. Cal.)**

FKLM attorneys managed a variety of critical discovery matters in this antitrust case brought on behalf of former collegiate athletes.

➢ *In re Fresh and Process Potatoes Antitrust Litigation*, **MDL 2186 (D. Idaho)**

In addition to handling all aspects of discovery concerning two defendants, FKLM attorneys worked closely with lead counsel in drafting the consolidated complaint and successfully opposing a motion to dismiss in this nationwide antitrust class action brought on behalf of direct purchasers of fresh and process potatoes.

➢ *In re Processed Egg Products Antitrust Litigation*, **MDL 2002 (E.D. Pa.)**

FKLM attorneys worked closely with lead counsel in drafting the original complaint and successfully opposing a motion to dismiss in this nationwide antitrust class action brought on behalf of direct purchasers of eggs and egg products.



➤ *In re Cathode Ray Tube (CRT) Antitrust Litigation*, **MDL 1917 (N.D. Cal.)**

FKLM served as Chair of Discovery and worked closely with lead counsel to manage a variety of top-level matters, including negotiating ESI issues and taking key depositions in this nationwide price-fixing class action with over $100 million in partial settlements.

➤ *In re Optical Disk Drive (ODD) Antitrust Litigation*, **MDL 2143 (N.D. Cal.)**

FKLM was one of several firms that assisted lead counsel with discovery and briefing in this nationwide price-fixing class action brought on behalf of direct purchasers of optical disk drives.

➤ *In re Municipal Derivatives Antitrust Litigation*, **MDL 1940 (S.D.N.Y.)**

FKLM oversaw discovery of a key defendant and worked closely with lead counsel on a variety of other pre-trial matters in this nationwide class action brought on behalf of purchasers of municipal derivatives.

➤ *In re American Express Anti-Steering Rules Antitrust Litigation (No. II)*, **MDL 2221 (E.D.N.Y.)**

FKLM managed discovery of independent merchant (opt-out) plaintiffs in this nationwide antitrust case.

➤ *In re Air Cargo Shipping Services Antitrust Litigation*, **MDL 1775 (E.D.N.Y.)**

FKLM attorneys served as co-chairs of discovery in this antitrust class action involving claims under Section 1 of the Sherman Act.  Settlements in the case totaled nearly $600 million.

➤ *In re Intel Corp. Microprocessor Antitrust Litigation*, **MDL 1717 (D. Del.)**

FKLM attorneys managed discovery from dozens of named plaintiffs in this nationwide antitrust action.  Among other things, the firm played a key role in overseeing document production and coordinating, managing and defending over 50 depositions.

➤ *In re Vitamins Antitrust Litigation*, **MDL 1285 (D.D.C.)**

FKLM attorneys served as co-chairs of discovery in this antitrust price-fixing action, which resulted in over $1.3 billion in settlements.



➢ *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, **MDL 1486 (N.D. Cal.)**

FKLM attorneys served as co-chairs of discovery in this nationwide, antitrust price-fixing action, which resulted in settlements of over $300 million for class members.

➢ *In re Rubber Chemicals Antitrust Litigation*, **MDL 1648 (N.D. Cal.)**

FKLM attorneys served on the executive committee in this nationwide, antitrust price-fixing action, which resulted in settlements of over $300 million for class members.

➢ *In re Ethylene Propylene Diene Monomer (EPDM) Antitrust Litigation*, **MDL 1542 (D. Conn.)**

FKLM attorneys served as co-chairs of discovery in this nationwide antitrust price-fixing action, which has resulted in settlements of over $87 million for class members.

➢ *In re Static Random Access Memory (SRAM) Antitrust Litigation*, **MDL 1819 (N.D. Cal.)**

FKLM was a member of the executive committee representing direct purchaser plaintiffs in this antitrust price-fixing case which resulted in settlements exceeding $76 million.

➢ *In re Waste Management, Inc. Securities Litigation*, **Master File 97-CV-7709 (N.D. Ill.)**

FKLM attorneys were actively involved in litigating the case and served as liaison counsel. A settlement for the plaintiff class of $220 million was obtained.

➢ *Blinder Robinson Securities Litigation* **(E.D. Pa.)**

FKLM attorneys served as members of the Steering Committee in this securities fraud action in which an injunction was obtained preventing a transfer of assets; judgment of $71 million was later entered.

➢ *In re Drill Bits Antitrust Litigation*, **CA No. H-91-627 (S.D. Tex.)**

FKLM attorneys served as members of the Steering Committee in this antitrust price-fixing class action and were instrumental in achieving a settlement for the class in excess of $52 million.

➢ *In re Industrial Gas Antitrust Litigation*, **CA No. 80 C. 3479 (N.D. Ill.)**

FKLM attorneys served as members of the executive committee in this antitrust price-fixing class action, which ultimately recovered more than $50 million dollars for the class.



The settlement included assignable purchase certificates, which the court found increased the competitive value of the settlement.

➤ *In re Records and Tapes Antitrust Litigation* **(N.D. Ill.)**

FKLM attorneys served as members of the executive committee in this antitrust price-fixing class action. The class recovered $26 million dollars in settlement in cash and assignable purchase certificates.

➤ *Kaufman v. Motorola, Inc.* **(N.D. Ill.)**

FKLM attorneys were actively involved in litigating the case and served as liaison counsel. A settlement of $25 million was obtained for the plaintiff class.

➤ *In re Unisys Securities Litigation*, **CA No. 99-5333 (E.D. Pa.)**

FKLM attorneys served on the executive committee in this derivative action in which Plaintiffs recovered $20 million for corporation.

\* \* \*

Other large class action cases in which FKLM attorneys were involved in a leadership position include *In re Folding Cartons Antitrust Litigation*, *In re Plywood Antitrust Litigation*, *In re Standard Screws Antitrust Litigation*, *In re Cotton Yarn Antitrust Litigation*, *In re Glass Containers Antitrust Litigation*, *In re Aluminum Siding Antitrust Litigation*, *Rusty Jones Warranty Litigation*, *NPA Securities Litigation*, *In re Chlor-alkali and Caustic Soda Antitrust Litigation*, and *In re Potash Antitrust Litigation*.

FKLM frequently serves as local counsel for a variety of cases, working closely with law firms located outside of Illinois. Some examples include *North Miami General Employees Retirement Fund et al. v. Parkinson et al.,* Case No. 1:10-cv-06514 (N.D. Ill.), *Marvin H. Maurras Revocable Trust v. Bronfman Jr. et al.*, Case No. 1:12-cv-03395 (N.D. Ill.), and *St. Lucie County Fire District Firefighters' Pension Trust Fund v. Motorola, Inc. et al*., Case No. 1:10-cv-00427 (N.D. Ill.) actions where FKLM was appointed as liaison counsel.



## ATTORNEY PROFILES

### Michael J. Freed

After leaving the Department of Justice Antitrust Division, Mr. Freed has engaged in private antitrust class action litigation for 50 years. He has served as co-lead counsel in many prominent antitrust and securities fraud class action cases. Presently, Mr. Freed is serving as co-lead counsel in the *Kleen Products v. International Paper/Containerboard Antitrust* case and *In re Opana ER Antitrust Litigation*. Prior antitrust class actions in which Mr. Freed served as co-lead counsel include *In re Aftermarket Filters Antitrust Litigation, In re Brand Name Prescription Drugs Antitrust Litigation*, *In re High Fructose Corn Syrup Antitrust Litigation*, *In re Linerboard Antitrust Litigation*, *In re Carbon Dioxide Antitrust Litigation*, *In re Infant Formula Antitrust Litigation*, and *In re Ocean Shipping Antitrust Litigation*. More than $2 billion has been recovered for the plaintiff classes in cases in which Mr. Freed has served as co-lead counsel.

Mr. Freed has been named an Illinois Super Lawyer by Chicago Magazine, an Illinois Leading Lawyer by the Leading Lawyer's Network, and one of the top plaintiffs' antitrust lawyers in Illinois by Chambers and Partners. In March 2007, Mr. Freed was honored by the Chicago Appleseed Fund for Justice for his exceptional pro bono efforts. In November 2021, Mr. Freed was inducted into the American Antitrust Institute's Private Enforcement Hall of Fame and in July 2023, Mr. Freed was named to Business Today's *Top 10 Influential Antitrust Plaintiffs Shaping US Law: Nation's Legal Titans*.

Mr. Freed was formerly a trial and appellate attorney with the United States Department of Justice, Antitrust Division (Honors Program). He is a graduate of the University of Pennsylvania (B.S., 1959) and University of Chicago Law School (J.D., 1962).

### Steven A. Kanner

Mr. Kanner has over 30 years' experience in complex antitrust litigation and previously led the class action practice at Much Shelist Freed. His experience includes investigation, discovery, trial and appeal of antitrust, securities and other complex cases. Mr. Kanner has been designated an Illinois Super Lawyer by *Chicago Magazine* for the past 5 years and is a frequent lecturer both domestically and internationally on antitrust and trade regulation.

With respect to class action matters, Mr. Kanner has been involved in a leadership capacity in many of the cases described above. Mr. Kanner is currently serving as co-lead counsel or interim co-lead counsel include *In re Automotive Parts Antitrust Litigation*, MDL 2311 (E.D. Mich.), (an international price fixing conspiracy of historic proportions which currently includes individual cases for Wire Harnesses, Instrument Panel Clusters, Fuel Senders, Heater Control Panels, Occupant Safety Systems, Ball Bearings, Air Conditioning Systems, Windshield Wiper Systems, Starters, Alternators, Windshield Washer Systems).



Historically, Mr. Kanner has been appointed by federal and state courts as co-lead counsel in a broad array of important cases, which have resulted in recoveries of hundreds of millions of dollars. Some of these cases include:  *In re Aftermarket Filters Antitrust Litig.*, MDL 1957 (N.D. Ill.) (settlements of over $17 million); *In re Carbon Dioxide Antitrust Litig.,* MDL 940 (M.D. Fla.) (settlements of over $53 million); *In re Flat Glass Antitrust Litig.* (No. II), MDL 1942 (W.D. Pa.) (settlements of over $22 million); *In re Hydrogen Peroxide Antirust Litig.*, MDL 1682 (E.D. Pa.) (settlements of over $97 million); *In re Isostatic Graphite Antitrust Litig.*, No. 00-cv-1857 (E.D. Pa.) (settlements of over $11 million); *In re Koch Gathering Systems, Inc. Oil Spill Litig.*, (Dist. Ct. of Nueces County, Tex.) (settlements of over $10 million); and *In re Texas Bread Antitrust Litig.*, No. 95-cv-0048 (E.D. Tex.) (settlements of over $32 million).

A 1979 graduate of DePaul University Law School, Mr. Kanner is admitted to the Bars of Illinois, the Northern District of Illinois (member of the trial bar), the United States Court of Appeals (Second, Third, Fourth, Fifth, Seventh and Tenth Circuits) and the United States Supreme Court.  He is also a member of the Chicago Bar Association (Committees on Litigation and Antitrust Law), the Illinois State Association (Sections on Antitrust Law and Litigation), the American Bar Association (Sections on Antitrust Law and Litigation), the Illinois Trial Lawyers Association, and the Decalogue Society where he previously served on the Editorial Board of the Society's Law Journal.  Prior to entering private practice, Mr. Kanner was employed by the Federal Trade Commission as a consumer affairs specialist.

## Douglas A. Millen

Mr. Millen devotes his practice to prosecuting direct purchaser, price-fixing class actions and has played a key role in many of the most successful price-fixing cases in the United States. For example, Mr. Millen was recently appointed to serve on the Plaintiffs' Steering Committee for the *In re DPP Beef Antitrust Litigation* (D. Minn.) Mr. Millen was appointed to serve on the Direct Purchaser Plaintiffs' Steering Committee in *In re Lithium Ion Batteries Antitrust Litigation*, MDL No. 2420 (N.D. Cal) which ultimately obtained almost $140 million for the class. Mr. Millen has also played a prominent role in many of the largest antitrust cases in recent history – including: *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL 1917 (N.D. Cal.), where he served as Chair of Discovery and aided in the recovery of more than $210 million of the class; *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, MDL 1486 (N.D. Cal.); *In re Vitamins Antitrust Litigation*, MDL 1285 (D.D.C.); and *In re Rubber Chemicals Antitrust Litigation*, MDL 1648 (N.D. Cal.) – and his efforts have assisted in the recovery of billions of dollars for class members.  Accordingly, he has been recognized as one of the nation's top competition lawyers by various publications, including *Global Competition Review,* and as a top Plaintiffs' lawyer by *Lawdragon 500 Leading Lawyers in America*. Mr. Millen currently represents several Fortune 500 companies in the *Rail Freight Fuel Surcharge Antitrust Litigation* and provides antitrust compliance consultation services for large, multi-national companies.

Mr. Millen is a graduate of the University of Michigan (B.G.S., 1991) and University of Illinois College of Law (J.D. *magna cum laude*, 1994).  In 1994, he was admitted to the New York



and Connecticut State Bars; and in 1995 he was admitted to the Illinois State Bar. He is also admitted to practice in the Northern and Southern Districts of Illinois. Mr. Millen is a member of the American Bar Association, Antitrust Section and the Chicago Bar Association. Prior to founding FKLM, Mr. Millen was a partner at Much Shelist Freed, where he practiced with the class action group from November 1995 through December 31, 2006.

## William H. London

Mr. London has been litigating class action cases for over 25 years. He served as trial counsel for the plaintiff class in *In re High Pressure Laminates Antitrust Litigation*, a case that was tried before a jury in the Southern District of New York. He was actively involved in several cases in which FKLM was serving in a leadership capacity, including *In re Flat Glass Antitrust Litigation (No. II)*, MDL No. 1942 (W.D. Pa.); *In re Static Random Access Memory (SRAM) Antitrust Litigation*, MDL No. 1819 (N.D. Cal); and *In re Hydrogen Peroxide Antitrust Litigation*, MDL 1682 (E.D. Pa.). Mr. London presently has significant involvement in *In re Automotive Parts Antitrust Litigation*, MDL 2311 (E.D. Mich.) and *In re Optical Disk Drive Products Antitrust Litigation*, No. 3:10-md-2143 (N.D. Cal.).

Mr. London graduated *Magna Cum Laude* from Syracuse University in 1984 and received his law degree in 1987 from IIT Chicago-Kent College of Law. In 1987, he was admitted to the Illinois Bar and the Federal Bar; and in 1988, he was admitted to practice before the United States Court of Appeals for the Seventh Circuit. Mr. London is a member of the American Bar Association and is a past-Chairman of the Chicago Bar Association Class Litigation Committee. He was formerly an Assistant Attorney General for the State of Illinois, during which time he argued cases in the United States Court of Appeals for the Seventh Circuit and the Illinois Supreme Court. Since 1990, Mr. London has concentrated on complex and commercial litigation, with an emphasis on class action litigation involving antitrust claims. Mr. London practiced with Much Shelist Freed from March 1993 through December 31, 2006.

## Michael E. Moskovitz

Michael E. Moskovitz is a partner at Freed Kanner London & Millen LLC and has been involved in trial and appellate litigation for more than 15 years. Since 2000, he has concentrated on complex commercial litigation, with a primary emphasis on class action litigation involving antitrust, securities fraud, and consumer fraud claims. Mr. Moskovitz previously played a key role in the class action practice of Much Shelist Freed. He is significantly involved in several pending antitrust class actions, *In re Automotive Parts Antitrust Litigation*, MDL 2311 (E.D. Mich.), and *In re Vehicle Carrier Services Antitrust Litigation*, MDL No. 2471. Mr. Moskovitz is also a member of The Sedona Conference's Working Group 1 (Electronic Document Retention and Production) and has spoken at The Sedona Conference's Midyear meeting and has co-written papers published by The Sedona Conference.

Mr. Moskovitz is a graduate of Indiana University (B.A., 1993) and New York University School of Law (J.D., 1996).



**Robert J. Wozniak**

Robert J. Wozniak is a partner at Freed Kanner London & Millen LLC. Since 2001, Mr. Wozniak has been involved in complex commercial litigation, with a primary emphasis on antitrust, employment, and consumer fraud class action cases. He has handled all aspects of litigation, including researching and drafting complaints, motion practice, drafting and responding to written discovery, taking and defending depositions, working closely with expert witnesses, managing large scale electronic discovery, presenting oral argument, and trial.

Prior to engaging in private law practice, Mr. Wozniak worked as a trial attorney for the United States Department of Justice, Antitrust Division (Honors Program). Mr. Wozniak was then employed by Cohen Milstein Hausfeld & Toll, a Washington, D.C. class action firm, before joining Much Shelist Freed in 2004.

The complex antitrust class actions in which Mr. Wozniak has had significant involvement include: *In re Broiler Chicken Antitrust* Litigation (N.D. Ill.); *In re Pork Antitrust Litigation* (D. Minn.); *In re Opana ER Antitrust Litigation* (N.D. Ill.); *In re Local TV Advertising Antitrust Litigation* (N.D. Ill.); *Mulhern, et al. v. Pepperidge Farm* (N.D. Ill.) (consolidated and transferred to C.D. Cal for settlement approval); *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation* (E.D.N.Y.); *Kleen Products, et al. v. International Paper, et al.* (N.D. Ill.) ("*Containerboard Antitrust Litigation*"); *In re NCAA Student-Athlete Names & Likeness Licensing Litigation* (N.D. Cal.); *In re Fresh and Process Potatoes Antitrust Litigation* (D. Idaho); *In re Municipal Derivatives Antitrust Litigation* (S.D.N.Y.); *In re Flat Glass Antitrust Litigation (II)* (W.D. Pa.); *In re TFT-LCD (Flat Panel) Antitrust Litigation* (N.D. Cal.); *In re Static Random Access Memory (SRAM) Antitrust Litigation* (N.D. Cal.); *In re Hydrogen Peroxide Antitrust Litigation* (E.D. Pa.); *In re Intel Corp. Microprocessor Antitrust Litigation* (D. Del.); *In re Dynamic Random Access Memory (DRAM) Litigation* (N.D. Cal.); *In re Buspirone Antitrust Litigation* (S.D.N.Y.); and *In re Terazosin Hydrochloride Antitrust Litigation* (S.D. Fla.). Mr. Wozniak played an active role at trial in the *Opana ER* case and is a member of the trial preparation team in the *Broiler Chicken* case.

Mr. Wozniak is a graduate of the University of Michigan (B.A., 1988), University of Minnesota (M.A., 1994), and Wayne State University Law School (J.D., 2000, *cum laude*, Order of the Coif). He is admitted to practice law in Illinois and Michigan as well as numerous federal district and appellate courts.



**Kimberly A. Justice**

Kimberly A. Justice, a partner of the Firm, is a respected litigator and experienced trial lawyer who has dedicated her career to obtaining justice for those harmed by corporate fraud. She focuses her practice on class action litigation, including antitrust, consumer and securities fraud matters. Ms. Justice has extensive experience in all aspects of complex litigation from investigating and developing an initial case theory, to formulating and managing litigation strategy, to conducting discovery, to trial.

She has secured sizeable recoveries on behalf of investors in several high-profile securities fraud cases. Kimberly also led the trial team that obtained a jury verdict in favor of investors in the *In re Longtop Financial Technologies Ltd. Securities Litigation* (S.D.N.Y) securities class action litigation, among just a handful of securities cases to be tried to jury verdict.

Ms. Justice also serves or has served as lead or co-lead counsel in several nationwide antitrust, consumer and securities fraud class actions. Most recently, Ms. Justice was appointed as Lead Counsel in *Murphy, et al. v. Toyota Motor Corporation, et al.* (E.D. Tex.). Ms. Justice served as Co-Lead Counsel in *In re Peanut Farmers Antitrust Litigation* (E.D. Va.) ($102.75 million recovery for the class) and *In re: Chicago Board of Options Exchange Volatility Index Manipulation Antitrust Litigation* (N.D. Ill.). Ms. Justice currently serves on the Plaintiff Steering Committee in *In re Local TV Advertising Antitrust Litigation* (N.D. Ill.) ($48 million in settlements provisionally approved to date), and served on the Plaintiff Steering / Executive Committees in *In re Farm-Raised Salmon and Salmon Products Litigation (S.D. Fla.)* ($85 million recovery for the direct purchaser plaintiff class)*, In re Toyota Hybrid Brake Litigation*, (E.D. Tex.), *In re: Liquid Aluminum Sulfate Antitrust Litigation*, (D.N.J.) (over $90 million recovery for direct purchaser plaintiff class), and *In re German Automotive Manufacturers Antitrust Litigation*, No. 17-md-02796 (N.D. Cal.).

Prior to entering private practice, Ms. Justice served as a federal antitrust prosecutor for nearly a decade where she led teams of trial attorneys and law enforcement agents who investigated and prosecuted domestic and international cartel activity, including in the following industries: graphite electrodes, carbon products, ocean shipping and benchmark interest rates (LIBOR). In addition, Ms. Justice tried to guilty verdict the Antitrust Division's case against the first British national extradited by the Division. *See United States v. Norris*, No. 03-cr-0632 (E.D. Pa.).

Ms. Justice graduated *magna cum laude* from Temple University Beasley School of Law, where she served as an Articles Editor of the Temple Law Review. Kimberly earned her B.A. *cum laude* from Kalamazoo College. Upon graduating from law school, Ms. Justice served as a judicial clerk to the Honorable William H. Yohn, Jr. of the United States District Court for the Eastern District of Pennsylvania.

Ms. Justice frequently lectures and serves on discussion panels concerning antitrust and securities litigation matters and currently serves as a member of the Advisory Board of the



American Antitrust Institute and served as an Advisory Council Member for The Duke Conferences:  Bench-Bar-Academy Distinguished Lawyers' Series.

**Jonathan M. Jagher**

Jonathan M. Jagher is the founding partner of Freed Kanner London & Millen LLC's Philadelphia office where he has a national practice representing plaintiffs in antitrust and consumer class actions. He and Freed Kanner have recovered over $1 billion for their clients.

Mr. Jagher's recent antitrust cases include: *Kent et al. v. Women's Health USA, Inc*. FST-CV21-6054676-S, (Connecticut Superior Court). In this case, Mr. Jagher was appointed as Co-Lead Counsel and settled the case on behalf of women in Connecticut who were victims of alleged price fixing by IVF clinics. Mr. Jagher was named to the Executive Committee in *Cameron et. al. v. Apple, Inc*. 4:19-cv-03074 (N.D. Cal.) and helped recover $100 million on behalf of app developers. Mr. Jagher also played an active role in *In re Peanut Farmers Antitrust Litigation*, 2:19-cv-00463 (E.D. Va.) (settlements totaled $102.75 million); *In re Automotive Parts Antitrust Litigation*, MDL No. 2311 (E.D. Mich.) (settlements with dozens of defendants reached to date total over $550 million); *In re OSB Antitrust Litigation*, Master File No. 06-CV-00826 (E.D. Pa.) (settlements totaled $120 million); *In re Broiler Chicken Antitrust Litigation*, 1:16-cv-08637 (N.D. Ill.) (settlements to date total approximately $170 million); and *In re Pork Antitrust Litigation* 0:18-CV-01776 (D. Minn.) (settlements to date total approximately $100 million).

Mr. Jagher has also been appointed to leadership positions in several consumer cases. He is currently Co-Lead Counsel in *Powe v. Dermalogica*, LLC, 2022-LA-000874 (Circ. Ct. DuPage County, Illinois), a data privacy case where settlement is pending final approval. He was appointed to serve on the Plaintiffs' Steering Committee in *In Re: TikTok, Inc., Consumer Privacy Litigation*, MDL No. 2948 (N.D. Ill.), a class action related to allegations of data privacy violations involving the popular app and the creation of short form videos on mobile devices. In this case, Mr. Jagher was one of the primary negotiators of a $92 million settlement. Mr. Jagher has been appointed as one of the Settlement Class Counsel *In re Proctor & Gamble Aerosol Products Marketing and Sales Practice Litigation*, 2:22-MD-3025 (SD OH) and was appointed to serve on the Plaintiffs' Executive Committees in *Jones et. al. v. Lemonade Inc*. 1:21-cv-04513 (N.D. Ill.) and in *In Re: Morgan Stanley Data Security Litigation*, 1:20-CV-05914 (S.D.N.Y.).

Prior to entering private practice, Mr. Jagher served as a supervising Assistant District Attorney for the Middlesex District Attorney in Cambridge, Massachusetts. As a prosecutor, he conducted numerous investigations and tried approximately forty cases before a jury. Mr. Jagher received a B.A. degree magna cum laude from Boston University in 1998 and a J.D. degree from Washington University School of Law in 2001. He is currently admitted to practice law in Pennsylvania, Massachusetts, Illinois, the United States District Courts for the Districts of Massachusetts, the Eastern District of Pennsylvania, the Northern District of Illinois, the Southern District of Illinois, and the United States Courts of Appeals for the Third and Seventh Circuits. Mr. Jagher currently serves on the Advisory Board of Loyola University School of Law's Institute for Consumer Antitrust Studies and frequently serves as a guest speaker on a multitude of class



action issues on panels throughout the United States. Mr. Jagher was named as a Pennsylvania Super Lawyer in 2018, 2019, 2020, 2021, 2022 and 2023 after having been named as a Super Lawyer Rising Star in 2012, 2013, 2014, 2015 and 2016.

**Matthew W. Ruan**

Matthew W. Ruan is a partner at Freed Kanner London & Millen LLC.  Mr. Ruan has extensive experience litigating complex commercial matters, with an emphasis in antitrust, securities, and consumer class actions.  He has helped recover billions of dollars on behalf of a broad range of individuals, businesses, shareholders, unions, and pension funds.

Mr. Ruan received his B.A., with Honors, from the University of Chicago in 2000 and his J.D. from the University of Michigan Law School in 2003, where he was an associate editor of the Michigan Journal of International Law.

Prior to joining Freed Kanner London & Millen LLC, Mr. Ruan was employed by several other prominent class action firms, including Cohen Milstein Sellers & Toll PLLC, Berman DeValerio (now Berman Tabacco), and Heins Mills & Olson PLC.  He also served as a judicial extern for the Honorable Blanche M. Manning of the U.S. District Court for the Northern District of Illinois, and interned at the U.S. Department of Justice, Criminal Division, in Washington, D.C.

Among the many complex cases in which Mr. Ruan has been significantly involved are: *Sutter Health Antitrust Litigation* (Sup. Ct. Cal., San Fran. Cty.) (antitrust class action against Sutter Health, one of the largest healthcare providers in California, for restraining hospital competition through its contracting practices with insurance companies, resulting in $575 million settlement and significant injunctive relief). *In re Automotive Parts Antitrust Litigation* (E.D. Mich.) (antitrust class action brought on behalf of direct purchasers of automotive parts in multiple concurrently active nationwide price-fixing cases, resulting in settlements to date in excess of $500 million). *In re AOL/Time Warner Securities Litigation* (S.D.N.Y.) (class action alleging securities fraud in connection with merger of AOL and Time Warner, resulting in $2.65 billion recovery for shareholders).

Mr. Ruan is admitted in New York, California, and Minnesota, as well as various federal courts.

**Nia-Imara B. Binns**

Nia-Imara Binns is an associate at Freed Kanner London & Millen LLC. She is a Chicago native and received her J.D. from the Chicago-Kent College of Law. Nia was attracted to Freed Kanner's longstanding reputation as a premier national force in antitrust and class action litigation and for its passionate pursuit of justice for its clients. Ms. Binns practices class action litigation handling antitrust and consumer protection cases. Prior to joining Freed Kanner, she served as a Law Clerk with the Cook County State's Attorneys' Office and the Cook County Public Guardian's Office. When Nia is not practicing law, she enjoys spending time with her family.