| | |
|---|---|
| William G. Caldes<br>**SPECTOR ROSEMAN &**<br>**KODROFF, P.C.**<br>2001 Market Street<br>Suite 3420<br>Philadelphia, PA  19103<br>Telephone: (215) 496-0300<br>bcaldes@srkattorneys.com | Garrett D. Blanchfield<br>Roberta A. Yard<br>**REINHARDT WENDORF &**<br>**BLANCHFIELD**<br>332 Minnesota Street, Suite W1050<br>St. Paul, MN  55101<br>Telephone: (651) 287-2100<br>g.blanchfield@rwblawfirm.com<br>r.yard@rwblawfirm.com |

*Attorneys for Interested Parties, Andrea Hogan*
*and Sandra Kluessendorf*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIRLINDA ELMAZI, on behalf of herself and all others similarly situated,<br><br>　　　　　　*Plaintiff*,<br>　　v.<br><br>DSM-FIRMENICH AG, et al.<br><br>　　　　　　*Defendants*. | CIVIL ACTION NO: 23-CV-16127 |
| YVONNE PEYCHAL, on behalf of herself and all others similarly situated,<br><br>　　　　　　*Plaintiff*,<br>　　v.<br><br>DSM-FIRMENICH AG, et. al.<br><br>　　　　　　*Defendants*. | CIVIL ACTION NO:  23-CV-16242<br>Related Action |

| | |
|---|---|
| ANDREA HOGAN and SANDRA KLUESSENDORF, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiff,*<br> v.<br><br>DSM-FIRMENICH AG, et. al.<br><br>    *Defendants.* | CIVIL ACTION NO: 2:23-cv-18950<br>Related Action |

### INTERESTED PARTIES' RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CASES PURSUANT TO FED.R.CIV.P. 42(a) AND APPOINT INTERIM CO- LEAD COUNSEL PURSUANT TO FED.R.CIV.P. 23(g)

Plaintiffs Andrea Hogan and Sandra Kluessendorf ("Interested Parties") submit this Response in support of Plaintiffs' Motion to Consolidate Related Cases Pursuant to Fed.R.Civ.P. 42(a) and Appoint Interim Co-Lead Counsel Pursuant to Fed.R.Civ.P. 23(g) ("*Elmazi* Plaintiffs' Motion"). See *Elmazi v. DSM-Firmenich AG, et al* Case No. 2:23-cv-16127-WJM-JSA (Dkt. 3). For the reasons stated in the *Elmazi* Plaintiffs' Motion, the related cases – including this matter – should be consolidated for all purposes, and proposed interim co-lead class counsel should be appointed to represent the interests of the proposed class.

**Consolidation:** On September 8, 2023, Interested Parties filed a class action complaint alleging they were injured by the same anticompetitive conduct in the same markets by the same defendants named in *Elmazi*. Thus, this Action and

*Elmazi* involve common questions of law and fact and should be consolidated under Fed.R.Civ.P. 42(a).  See also *Elmazi*, Dkt. 3 at 2-3.

**Interim Co-Lead Counsel:**  *Elmazi* Plaintiffs' Motion seeks the appointment of Kellie Lerner of Robins Kaplan LLP and Kimberly Justice of Freed Kanner London & Millen LLC as Interim Co-Lead Class Counsel.  *Id.* at 5-10.  Although Counsel for Interested Parties could seek a leadership position in this matter, Counsel is not, because of the high regard in which he holds the Proposed Interim Co-Lead Class Counsel.

The breadth and depth of Proposed Interim Co-Lead Class Counsel speaks for itself.  *Id.*   In addition, counsel for Interested Parties have worked closely with the Proposed Interim Co-Lead Class Counsel in many antitrust class actions, including *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litig.*, MDL No. 1720 (E.D.N.Y.), *In re Hard Disk Drive Suspension Assemblies Antitrust Litigation* (N.D. Cal.) and *In re Local TV Advertising Antitrust Litigation*, MDL 2867 (N.D. Ill.).  Throughout those cases, Counsel for the Interested Parties have observed how Proposed Interim Co-Lead Class Counsel lead complex antitrust class actions efficiently and effectively while using their deep knowledge and experience to obtain significant recoveries for those classes.   These same qualifications will allow Proposed Interim Co-Lead Class Counsel to protect the interests of the putative classes in these matters.

## CONCLUSION

For the reasons stated above, Interested Parties join in and support consolidation of these matters and the appointment of Kellie Lerner of Robins Kaplan and Kimberly Justice of Freed Kanner as Interim Co-Lead Class Counsel for the proposed End-User Plaintiffs Classes.

**DATED:**  September 12, 2023            **BY:** /s/ *William G. Caldes*
William G. Caldes (SBN 00062-1995)
Diana J. Zinser
Cary Zhang
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
bcaldes@srkattorneys.com
dzinser@srkattorneys.com
czhang@srkattorneys.com

Garrett D. Blanchfield
Roberta A. Yard
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite W1050
St. Paul, MN  55101
Telephone: (651) 287-2100
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com

*Attorneys for Interested Parties*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023, I electronically filed the foregoing INTERESTED PARTIES' RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CASES PURSUANT TO FED.R.CIV.P. 42(a) AND APPOINT INTERIM CO- LEAD COUNSEL PURSUANT TO FED.R.CIV.P. 23(g) with the Clerk of the Court for the United States District Court of New Jersey using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

/s/ *William G. Caldes*
William G. Caldes (SBN 00062-1995)