Privileged &
Confidential
Attorney Work Product

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

SEAN P. MCCONNELL
DIRECT DIAL: +1 215 979 1947
PERSONAL FAX: +1 215 689 4856
E-MAIL: spmcconnell@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

So Ordered on 6/25/2024:

June 24, 2024

_____
William J. Martini, U.S.D.J.

**VIA ECF**

Honorable Jessica S. Allen
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    **Re:**    **In re: Fragrance Direct Purchaser Antitrust Litigation**
              **Civil Action No. 23-02174(WJM)(JSA)**

              **In re: Fragrance Indirect Purchaser Antitrust Litigation**
              **Civil Action No. 23-03249(WJM)(JSA)**

              **In re: Fragrance End-User Plaintiff Antitrust Litigation**
              **Civil Action No. 23-16127(WJM)(JSA)**

Dear Judge Allen:

    We write on behalf of Defendants,[1] and with the consent of all Plaintiffs, in the three above-referenced actions (the "Actions") to seek a modification to the Stipulation and Scheduling Order entered on December 19, 2023, ECF 89; *see also* ECF 37 in 23-03249 and ECF 30 in 23-16127, and supplemented by the Stipulation and Order entered on April 1, 2024, ECF 116; *see also* ECF 70 in 23-03249 and ECF 54 in 23-16127. Specifically, the parties have

---

[1] "Defendants" refers to Givaudan Fragrances Corporation, Ungerer & Company, Inc., Custom Essence LLC, Symrise Inc., Symrise US LLC, Firmenich Incorporated, Agilex Flavors & Fragrances, Inc., and International Flavors & Fragrances Inc., together with Givaudan SA, Symrise AG, Firmenich International SA and DSM-Firmenich AG (the "Foreign Defendants").

Honorable Jessica S. Allen, U.S.M.J.
June 24, 2024
Page 2

**DuaneMorris**

conferred and agree to extend the deadline for Defendants to file reply briefs in further support of their motions to dismiss from July 8, 2024 to July 15, 2024, an extension of exactly one week.

If this modification meets with the Court's approval, kindly "So Order" this letter and return it to the Parties via the Court's ECF system.

We thank Your Honor for your consideration of this request and we are available to answer any questions at the Court's convenience.

                Respectfully submitted,

                /s/*Sean P. McConnell*
                Sean P. McConnell

SPM

cc: All Counsel of Record (via ECF)