UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FRAGRANCE END-USER PLAINTIFF ANTITRUST LITIGATION | Case No. 2:23-cv-16127-WJM-JSA |

**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS OF COUNSEL FOR PLAINTIFF MIRLINDA ELMAZI BY KELLIE LERNER AND BENJAMIN STEINBERG**

Please be advised that by this pleading, Kellie Lerner and Benjamin Steinberg, hereby give notice that they have left the law firm of Robins Kaplan LLP and are now members of the law firm Shinder Cantor Lerner LLP. Their contact information is as follows:

> Kellie Lerner
> Benjamin Steinberg
> Shinder Cantor Lerner LLP
> 14 Penn Plaza, 19th Floor
> New York, NY 10122
> Telephone: (646) 960-8601
> Email: Kellie@scl-llp.com
> Email: Benjamin@scl-llp.com

Respectfully Submitted,

> By: */s/ Kellie Lerner*
> **Kellie Lerner**
> **Managing Partner**
> 14 Penn Plaza, 19th Floor
> New York, NY 10122
> kellie@scl-llp.com