# Duane Morris®

SEAN P. MCCONNELL
DIRECT DIAL: +1 215 979 1947
PERSONAL FAX: +1 215 689 4856
E-MAIL: spmcconnell@duanemorris.com

www.duanemorris.com

March 14, 2025

**VIA ECF**

Honorable Jessica S. Allen
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    **In re: Fragrance Direct Purchaser Antitrust Litigation**
            Civil Action No. 23-02174(WJM)(JSA)

            **In re: Fragrance Indirect Purchaser Antitrust Litigation**
            Civil Action No. 23-03249(WJM)(JSA)

            **In re: Fragrance End-User Plaintiff Antitrust Litigation**
            Civil Action No. 23-16127(WJM)(JSA)

            **Second Joint Request for Extension of Time to Respond to the Complaints and To Submit Proposed Scheduling Order**

Dear Judge Allen:

    We write on behalf of, and with the consent of, all defendants and plaintiffs in the above-captioned actions (the "Actions") to seek a further extension of time for the filing of the following documents from the current due date of **March 14, 2025** to the following new due dates:

1. **March 21, 2025**: submission of a proposed scheduling order by the parties; and

2. **March 28, 2025**: filing of the Domestic Defendants'[1] responses to the surviving claims in the plaintiffs' complaints.

---

[1] International Flavors & Fragrances Inc., Givaudan Fragrances Corporation, Ungerer & Company, Inc., Custom Essence LLC, Firmenich Inc., Agilex Flavors & Fragrances, Inc., Symrise Inc., and Symrise US LLC.

DuaneMorris

On February 21, 2025, the District Court issued an Order and Opinions in response to Defendants' Motions to Dismiss. (*See* ECF Nos. 185-87 in No. 23-02174; ECF Nos. 136-38 in No. 23-03249; ECF Nos. 119-20, 122 in No. 2:23-16127.) The Order states that the parties shall file a proposed scheduling order concerning (1) the filing of amended complaints, (2) the filing, if appropriate, of any motion(s) to dismiss the amended complaints, and (3) jurisdictional discovery by March 7, 2025. (*See* ECF 186 at 2 in No. 23-02174.)

The Order also grants Indirect Purchaser Plaintiffs and End-User Plaintiffs leave to amend their consolidated complaints with respect to the claims dismissed for failure to state a claim pursuant to Rule 12(b)(6) by March 24, 2025. *Id.* Per Federal Rule of Civil Procedure 12(a)(4)(A), the Domestic Defendants' answers to the surviving claims in these complaints and to the Direct Purchaser Plaintiffs' complaint would have been due by March 7, 2025, absent an extension. *Id.*

Via letter dated March 6, 2025, the parties submitted their first joint request for an extension of time to respond to the complaints and to submit a proposed scheduling order for the new due date of March 14, 2025. This request was granted on March 7, 2025. (*See* ECF No. 189 in No. 23-02174.)

Since that time, the parties have had communications regarding the proposed scheduling order and the filing of the Domestic Defendants' responses to the surviving claims in the complaints. The parties have a meet-and-confer scheduled on Monday, March 17, 2025, to continue their scheduling discussions. Thus, the parties are submitting this second joint extension request.

If this second joint extension request meets with the District Court's approval, kindly "So Order" this letter and return it to the parties via the District Court's ECF system.*

We thank Your Honor for your consideration of this request, and we are available to answer any questions at the District Court's convenience.

Respectfully submitted,

*/s/ Sean P. McConnell*
Sean P. McConnell

*Request Granted.

SO ORDERED.

s/Jessica S. Allen
United States Magistrate Judge

Dated: March 17, 2025