# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

_____

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | **PHONE (973) 994-1700** | JAMES A. O'BRIEN, III | KEVIN G. COOPER |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | **FAX (973) 994-1744** | JOHN G. ESMERADO | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | www.carellabyrne.com | STEVEN G. TYSON | JORDAN M. STEELE** |
| | BRIAN H. FENLON | | MATTHEW J. CERES | MICHAEL K. BELOSTOCK |
| | CAROLINE F. BARTLETT | | ZACHARY A. JACOBS*** | BRIAN F. O'TOOLE** |
| | ZACHARY S. BOWER+ | | JASON H. ALPERSTEIN+ + | SEAN M. KILEY |
| | DONALD A. ECKLUND | | | ROBERT J. VASQUEZ |
| | CHRISTOPHER H. WESTRICK* | | OF COUNSEL | BRITTNEY M. MASTRANGELO |
| | STEPHEN R. DANEK | | | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF | |
| | MEGAN A. NATALE | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | | | **MEMBER NY BAR | |
| | | | ***MEMBER IL BAR | |
| | | | +MEMBER FL BAR | |
| | | | + + MEMBER NY & FL BAR | |

April 25, 2025

**VIA ECF**

Hon. Jessica S. Allen
United States Magistrate Judge
Frank R. Lautenberg Post Office & U.S. Courthouse
Two Federal Square, Courtrom MLK 2B
Newark, NJ 07102

  Re: *In re Fragrance Direct Purchaser Antitrust Litigation*
     Civil Action Nos. 23-cv-02174, 23-03249, 23-16127

Dear Judge Allen:

  We represent the Direct Purchaser Plaintiffs in the above-reference matter, and write along with the Indirect and End-User Plaintiffs and together with Defendants to jointly request a short extension of the time to submit the Parties' proposed discovery confidentiality order and ESI protocol to Your Honor for the Court's approval. The Parties have been working through a number of issues and believe a one-week extension, through May 2, would allow sufficient time for the Parties to finish their negotiations and present these proposed orders (or any disputes) to Your Honor.

  If this request meets with Your Honor's approval, please kindly So Order this letter and return it to the Parties through the Court's ECF system.

  We thank Your Honor for your continued attention to this matter.

          Respectfully submitted,

         CARELLA, BYRNE, CECCHI,
        OLSTEIN, BRODY & AGNELLO, P.C.

           /s/ James E. Cecchi
          JAMES E. CECCHI

871853v1

Hon. Jessica S. Allen
April 25, 2025
Page 2

It is SO ORDERED as of this 28th day of April, 2025.

/s/ Jessica S. Allen
_____
HON. JESSICA S. ALLEN, U.S.M.J.