# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: FRAGRANCE DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 23-cv-02174 (WJM) (JSA) |
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 23-cv-03249 (WJM) (JSA) |
| IN RE: FRAGRANCE END-USER PLAINTIFF ANTITRUST LITIGATION | Civil Action No. 23-cv-16127 (WJM) (JSA) |

**ORDER**

THIS MATTER having been opened to the Court by Gibbons P.C., co-counsel to defendants Givaudan SA, Givaudan Fragrances Corporation, Ungerer & Company, and Custom Essence, LLC in these actions, and counsel for all parties consenting hereto, and the Court having considered the moving papers, and good cause appearing,

IT IS THIS 28th day of July, 2025,

**ORDERED** that John D. Buretta, Esq. is hereby admitted *pro hac vice* on behalf of Givaudan SA, Givaudan Fragrances Corporation, Ungerer & Company, and Custom Essence, LLC in the three above-captioned actions pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all notices, pleadings, and other papers filed with the Court shall be served upon Gibbons P.C., and Gibbons P.C. shall enter all appearances and be responsible for signing papers and for the conduct of the attorney admitted herewith; and it is further

**ORDERED** that John D. Buretta, Esq. shall make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule of Court 1:28-2(a) for each year in which he appears *pro hac vice* in this matter, as well as a payment of $250.00 to the Clerk of this Court, as required by L. Civ. R. 101.1 (c).

s/Jessica S. Allen
JESSICA S. ALLEN, U.S.M.J.