Kevin R. Reich
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102-5310
(973) 596-4500

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: FRAGRANCE DIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 23-cv-02174 (WJM) (JSA) |
| IN RE: FRAGRANCE INDIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 23-cv-03249 (WJM) (JSA)  *Document electronically filed* |
| IN RE: FRAGRANCE END-USER PLAINTIFF ANTITRUST LITIGATION | Civil Action No. 23-cv-16127 (WJM) (JSA)  **NOTICE OF WITHDRAWAL OF ANNE L. ARCOLEO, ESQ.** |

**PLEASE TAKE NOTICE** that Anne L. Arcoleo of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby withdraws her *pro hac vice* appearance as counsel to defendants Givaudan SA, Givaudan Fragrances Corporation, Ungerer & Company, and Custom Essence, LLC (collectively, "Givaudan Defendants") in the three above-captioned actions (the "Actions").

Attorneys from the law firms of Cravath, Swaine & Moore LLP and Gibbons P.C. will continue to represent the Givaudan Defendants in the Actions.

Respectfully submitted,

Dated:  October 27, 2025

　s/  Kevin R. Reich　　　　　　　.
Kevin R. Reich, Esq.

*Attorneys for the Givaudan Defendants*